# EXHIBIT 5

**From:** Uriarte, Robert L. <ruriarte@orrick.com>
**Sent:** Friday, July 24, 2020 3:17 PM
**To:** Justin Griffin; Stearns, Jason P.; Patrick Schmidt; Kitchell, Claudia J.; Candy Tamai; Anderson, Jill C.; Gustman, David C.; Connelly, Matthew T.; Aigotti, Dawn A.; Zack Schenkkan
**Cc:** Routh, Steven J.; Pearce Jr., T. Vann; Dalton, Amy; Fassbender, Diana Szego; Jorge Espinosa; Maryanne Downs; Jason Zimmerman; Kathy Savage; Medina, David R.
**Subject:** RE: Carnival/DeCurtis- ESI Protocol

**[EXTERNAL EMAIL]**

Patrick and Zack, thanks for your time this afternoon. I write to memorialize our conversation and Carnival's positions:

- Carnival will accept your edits to section 6.3 in the interest of compromise, provided that we can reach agreement on the House Counsel and Prosecution Bar issues
- You will get back to me on whether DeCurtis has in house counsel, and Carnival will consider your proposal to permit an employee designee of DeCurtis to receive AEO materials
- In order to address the concerns about competitive harm you raised on our call, Carnival proposes to narrow the scope of the Designated House Counsel provision to provide that only counsel who are not involved in competitive decision making may see AEO materials. You will get back to us on whether that concept is agreeable in principle. I'll send proposed language if so.
- Carnival raised the following issues with your proposed prosecution bar:
  - It is too broad because it is triggered by receipt of any AEO information regardless of whether the information is technical or not (for example, an email discussing commercial terms would trigger the prosecution bar under your proposed language)
  - The concept of "patents...relating to guest engagement systems" is too broad and nebulous, so we will provide some proposed language to narrow the scope
  - Carnival cannot agree that its litigation counsel cannot participate in IPRs, while DeCurtis' litigation can; however, Carnival will propose language aimed at addressing your concerns about making sure that AEO information is not used to inform the scope of any claim amendments
- If we are unable to agree on a form of protective order, then Carnival is willing to default to Judge Scolas existing protective order, provided that we may need a separate carve out for source code discovery
- DeCurtis will begin a rolling production of documents next week, including at a minimum documents that have not been designated AEO (since our protective order disputes all related to AEO information). Carnival's position is that all documents produced will be protected in the interim by the Judge Scola protective order that is currently in place until the parties resolve the protective order issues above
- Carnival will serve interrogatory responses next week, and they will be designated under and protected in the interim by the Judge Scola protective order that is currently in place.
- We will arrange a follow up call early next week to discuss the revised proactive order language that Carnival will provide shortly.

Thanks and have a nice weekend.

Rob

**From:** Uriarte, Robert L.
**Sent:** Friday, July 24, 2020 11:33 AM
**To:** 'Justin Griffin' <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Zack Schenkkan <zackschenkkan@quinnemanuel.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** Carnival/DeCurtis- ESI Protocol

Hi Justin, proposed ESI protocol attached for your review.

Thanks

Rob

---

**From:** Justin Griffin <justingriffin@quinnemanuel.com>
**Sent:** Friday, July 24, 2020 6:06 AM
**To:** Uriarte, Robert L. <ruriarte@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Zack Schenkkan <zackschenkkan@quinnemanuel.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** RE: Carnival/DeCurtis- Protective Order

Rob,

Without knowing what your concerns are we cannot be sure, but 30 minutes should be sufficient.

Best,
Justin

---

**From:** Uriarte, Robert L. [mailto:ruriarte@orrick.com]
**Sent:** Thursday, July 23, 2020 11:51 AM
**To:** Justin Griffin <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Zack Schenkkan <zackschenkkan@quinnemanuel.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman

<Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** RE: Carnival/DeCurtis- Protective Order

**[EXTERNAL EMAIL]**

---

That should work, thanks. I'll have a hard stop at 1:30, but that shouldn't be an issue from my perspective. Let me know if you think we need more time.

Best

Rob

---

**From:** Justin Griffin <justingriffin@quinnemanuel.com>
**Sent:** Thursday, July 23, 2020 11:48 AM
**To:** Uriarte, Robert L. <ruriarte@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Zack Schenkkan <zackschenkkan@quinnemanuel.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** RE: Carnival/DeCurtis- Protective Order

Rob,

We propose 1 pm Pacific tomorrow for the call. Please let us now if that works for you.

Best,
Justin

---

**From:** Uriarte, Robert L. [mailto:ruriarte@orrick.com]
**Sent:** Wednesday, July 22, 2020 9:28 PM
**To:** Justin Griffin <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Zack Schenkkan <zackschenkkan@quinnemanuel.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** RE: Carnival/DeCurtis- Protective Order

**[EXTERNAL EMAIL]**

---

Hi Justin.  We'd like to talk through your deletion of the House Counsel provision and prosecution bar language, as we can't agree to your proposals in their current form.  Are you available for a call to discuss these issues in the window from noon to 2:30 on Friday?  I have child care duties tomorrow and am unavailable until after close of business, although if needed i could make an evening call work.

Thanks

Rob

---

**From:** Justin Griffin <justingriffin@quinnemanuel.com>
**Sent:** Wednesday, July 22, 2020 10:05 AM
**To:** Uriarte, Robert L. <ruriarte@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Zack Schenkkan <zackschenkkan@quinnemanuel.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** RE: Carnival/DeCurtis- Protective Order

Robert,

Our edits to the protective order are attached.  Please let us know if you would like to discuss.

We should also discuss the ESI Protocol.  We have touched on this briefly in prior calls, but have not reached any agreements.

Best,

**Justin C. Griffin** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP** | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | Office: +1.213.443.3000 | Direct Dial:  +1.213.443.3621

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Uriarte, Robert L. [mailto:ruriarte@orrick.com]
**Sent:** Tuesday, July 21, 2020 9:02 AM
**To:** Justin Griffin <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Candy Tamai <candytamai@quinnemanuel.com>; Anderson, Jill C. <janderson@freeborn.com>; Gustman, David C. <dgustman@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>
**Cc:** Routh, Steven J. <srouth@orrick.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Dalton, Amy <adalton@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Medina, David R. <dmedina@orrick.com>
**Subject:** Carnival/DeCurtis- Protective Order

**[EXTERNAL EMAIL]**

---

Hi all. Following up on our email below. If the attached form of protective order is acceptable to all, we would like to execute and file it this week.

Thanks

Rob

---

**From:** Pearce Jr., T. Vann
**Sent:** Wednesday, July 1, 2020 1:00 PM
**To:** Justin Griffin <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Justin,

The attached document includes edits to the MDFL report we received from DeCurtis that track the version of the SDFL report we sent you earlier today.

Also attached for your consideration is a draft protective order.

Best regards,
Vann

---

**From:** Pearce Jr., T. Vann
**Sent:** Wednesday, July 1, 2020 1:53 PM
**To:** 'Justin Griffin' <justingriffin@quinnemanuel.com>; 'Stearns, Jason P.' <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** 'Anderson, Jill C.' <janderson@freeborn.com>; 'Patrick Schmidt' <patrickschmidt@quinnemanuel.com>; 'Candy Tamai' <candytamai@quinnemanuel.com>; 'Kitchell, Claudia J.' <ckitchell@freeborn.com>; 'Aigotti, Dawn A.' <daigotti@freeborn.com>; 'Connelly, Matthew T.' <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; 'Gustman, David C.' <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Justin,

Attached are our further revisions. We will prepare a proposed scheduling order to accompany the report as well.

A few comments:

- We had proposed a deadline to amend pleadings in November 2020 as a compromise. As the parties were unable to reach an agreement and will be submitting competing proposals for that date, we will submit a proposed deadline in January 2021 as we'd proposed originally.
- Regarding the estimated length of trial, we suggest 8-12 days depending on the scope of claims and defenses that remain at issue.
- We agree to the interrogatory limits, but 150 deposition hours (that is, over 21 full days of deposition) per side is excessive. We propose 80 hours per side.

Please let us know if you'd like to discuss today.

Best regards,
Vann

---

**From:** Pearce Jr., T. Vann
**Sent:** Wednesday, July 1, 2020 1:42 PM
**To:** 'Justin Griffin' <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Justin – we'll send back a few further revisions shortly.

--Vann

---

**From:** Justin Griffin <justingriffin@quinnemanuel.com>
**Sent:** Wednesday, July 1, 2020 10:25 AM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Vann,

We would like to get this on file today if possible. Please let us know if you have any edits or comments.

Best,

**Justin C. Griffin** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP** | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | Office: +1.213.443.3000 | Direct Dial: +1.213.443.3621

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any

review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Justin Griffin
**Sent:** Monday, June 29, 2020 9:18 AM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Vann,

Attached are our further proposed revisions to the report. We accepted your changes and then made further changes in redline. As you will see, we (1) accepted all of your dates with the exception of the deadline to amend the pleadings and with respect to that date noted that we have competing proposals; (2) inserted information relating to proposed topics of discovery; and (3) inserted a proposal regarding discovery limitations.

Please let us know if you would like to discuss.

Best,

**Justin C. Griffin** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP** | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | Office: +1.213.443.3000 | Direct Dial: +1.213.443.3621

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Pearce Jr., T. Vann [mailto:vpearce@orrick.com]
**Sent:** Friday, June 26, 2020 1:17 PM
**To:** Justin Griffin <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

**[EXTERNAL EMAIL]**

---

Justin,

Thanks for speaking earlier today.  Attached are further proposed revisions to the schedule.  In the interest of moving the process along quickly, we are sending this to you now for consideration, but we will need client approval before finalizing this schedule.

We accepted your changes and then made further changes in redline.  In short, after considering the issue further, as a compromise we propose agreeing to your proposed deadlines for the close of fact discovery onward (with a few minor modifications as shown) if the date to add parties/amend pleadings is in November and the claim construction hearing is in January.  As to claim construction, in addition to the points discussed earlier today, we think the Court may view a time period of less than a month between the close of briefing and the hearing to be too tight of a time frame to review the briefs and prepare for the hearing.

Please note that all dates in this document that differ from the proposed schedule originally sent by Carnival to DeCurtis reflect good faith efforts to compromise to reach agreement.  Carnival reserves the right to revert to its original proposals should the parties be unable to reach agreement.

Finally, let us know if you have any thoughts on how best to notify the two Courts that the parties are still meeting and conferring on the 26(f) reports.

Thank you and we look forward to your response.

Best regards,
Vann

---

**From:** Pearce Jr., T. Vann
**Sent:** Friday, June 26, 2020 10:33 AM
**To:** 'Justin Griffin' <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Great.  Please use this dial-in:

1-877-211-3621
Passcode: 614473

---

**From:** Justin Griffin <justingriffin@quinnemanuel.com>
**Sent:** Thursday, June 25, 2020 8:17 PM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>;

Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Vann,

We are available at 10:30 am Pacific.

Justin

---

**From:** Pearce Jr., T. Vann [mailto:vpearce@orrick.com]
**Sent:** Thursday, June 25, 2020 4:53 PM
**To:** Justin Griffin <justingriffin@quinnemanuel.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

**[EXTERNAL EMAIL]**

---

Justin,

We're not available then; we could speak any time after noon Eastern except 230-3 PM and 330-4 PM.

We'd like to discuss your proposals to limit the number of asserted claims, as well as some of the date changes you proposed.

Best,
Vann

---

**From:** Justin Griffin <justingriffin@quinnemanuel.com>
**Sent:** Thursday, June 25, 2020 7:12 PM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Vann,

We would prefer 11 am Eastern / 8 am Pacific. Please let us know if that works for you.

Best,
Justin

**Justin C. Griffin** | Partner | **Quinn Emanuel Urquhart & Sullivan, LLP** | 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017 | Office: +1.213.443.3000 | Direct Dial: +1.213.443.3621

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** Pearce Jr., T. Vann [mailto:vpearce@orrick.com]
**Sent:** Thursday, June 25, 2020 3:12 PM
**To:** Stearns, Jason P. <jstearns@freeborn.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; Justin Griffin <justingriffin@quinnemanuel.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

**[EXTERNAL EMAIL]**

---

Jason,

Thank you for sending. We think it would be worthwhile to discuss a few points briefly by phone. Would you have time tomorrow? I'll suggest noon Eastern; if that is not convenient, please suggest another time.

Best,
Vann

---

**From:** Stearns, Jason P. <jstearns@freeborn.com>
**Sent:** Wednesday, June 24, 2020 10:16 AM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; 'Justin Griffin' <justingriffin@quinnemanuel.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai (candytamai@quinnemanuel.com) <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Vann:

Attached is a redline of the proposed CMR. We tweaked some of the dates, but generally it appears as though we are on the same page for the majority of this. Let us know if you have any questions or comments.

Thanks

Jason

**JASON P. STEARNS**
Attorney at Law
(813) 488-2926
jstearns@freeborn.com

---

**From:** Pearce Jr., T. Vann [mailto:vpearce@orrick.com]
**Sent:** Thursday, June 11, 2020 6:44 PM
**To:** Stearns, Jason P.; Kathy Savage; Fassbender, Diana Szego; Jorge Espinosa; Jason Zimmerman; Maryanne Downs
**Cc:** Anderson, Jill C.; 'Justin Griffin'; Patrick Schmidt; Candy Tamai (candytamai@quinnemanuel.com); Kitchell, Claudia J.; Aigotti, Dawn A.; Connelly, Matthew T.; Routh, Steven J.; Uriarte, Robert L.; Gustman, David C.
**Subject:** RE: Carnival/DeCurtis 26(f) conference

External Email

Jason,

In advance of tomorrow's conference, attached is a draft Joint Scheduling Report for the Southern District of Florida action. We look forward to discussing with you tomorrow.

Best regards,
Vann

---

**From:** Stearns, Jason P. <jstearns@freeborn.com>
**Sent:** Wednesday, June 10, 2020 12:02 PM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; 'Justin Griffin' <justingriffin@quinnemanuel.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai (candytamai@quinnemanuel.com) <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Thanks, Vann. May we affix your signature and file it?

Jason

**JASON P. STEARNS**
Attorney at Law
(813) 488-2926
jstearns@freeborn.com

---

**From:** Pearce Jr., T. Vann [mailto:vpearce@orrick.com]
**Sent:** Wednesday, June 10, 2020 11:58 AM
**To:** Stearns, Jason P.; Kathy Savage; Fassbender, Diana Szego; Jorge Espinosa; Jason Zimmerman; Maryanne Downs
**Cc:** Anderson, Jill C.; 'Justin Griffin'; Patrick Schmidt; Candy Tamai (candytamai@quinnemanuel.com); Kitchell, Claudia J.; Aigotti, Dawn A.; Connelly, Matthew T.; Routh, Steven J.; Uriarte, Robert L.; Gustman, David C.
**Subject:** RE: Carnival/DeCurtis 26(f) conference

External Email

Jason – thanks, this looks good.

--Vann

---

**From:** Stearns, Jason P. <jstearns@freeborn.com>
**Sent:** Wednesday, June 10, 2020 11:24 AM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>; Kathy Savage <Kathy.savage@gray-robinson.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; 'Justin Griffin' <justingriffin@quinnemanuel.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai (candytamai@quinnemanuel.com) <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>; Gustman, David C. <dgustman@freeborn.com>
**Subject:** RE: Carnival/DeCurtis 26(f) conference

Vann:

Attached is a joint motion we drafted. Let us know if you have any comments, and if we can affix your signature to it and get it filed. Thanks.

Jason

**JASON P. STEARNS**
Attorney at Law
(813) 488-2926
jstearns@freeborn.com

---

**From:** Pearce Jr., T. Vann [mailto:vpearce@orrick.com]
**Sent:** Monday, June 08, 2020 6:08 PM
**To:** Stearns, Jason P.; Kathy Savage; Fassbender, Diana Szego; Jorge Espinosa; Jason Zimmerman; Maryanne Downs
**Cc:** Anderson, Jill C.; 'Justin Griffin'; Patrick Schmidt; Candy Tamai (candytamai@quinnemanuel.com); Kitchell, Claudia J.; Aigotti, Dawn A.; Connelly, Matthew T.; Routh, Steven J.; Uriarte, Robert L.
**Subject:** RE: Carnival/DeCurtis 26(f) conference

External Email

Jason,

We can be available any time on Friday afternoon (Eastern) for a Rule 26(f) conference covering both the MDFL and SDFL actions. I'll suggest 2 PM; if that time doesn't work for DeCurtis then please let us know a time that would work.

A phone meeting makes sense and we'd be fine with a joint motion for relief from the in-person requirement if necessary.

My partners Steve Routh and Rob Uriarte are copied on this email, please copy them both on future communications about this matter.

Best regards,
Vann


**Vann Pearce**
Partner, Intellectual Property

Orrick
Washington, DC
T +1-202-339-8696
vpearce@orrick.com





---

**From:** Stearns, Jason P. <jstearns@freeborn.com>
**Sent:** Monday, June 8, 2020 4:17 PM
**To:** Kathy Savage <Kathy.savage@gray-robinson.com>; Pearce Jr., T. Vann <vpearce@orrick.com>; Fassbender, Diana Szego <dszego@orrick.com>; Jorge Espinosa <Jorge.Espinosa@gray-robinson.com>; Jason Zimmerman <Jason.zimmerman@gray-robinson.com>; Maryanne Downs <Mayanne.Downs@gray-robinson.com>
**Cc:** Anderson, Jill C. <janderson@freeborn.com>; 'Justin Griffin' <justingriffin@quinnemanuel.com>; Patrick Schmidt <patrickschmidt@quinnemanuel.com>; Candy Tamai (candytamai@quinnemanuel.com) <candytamai@quinnemanuel.com>; Kitchell, Claudia J. <ckitchell@freeborn.com>; Aigotti, Dawn A. <daigotti@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>
**Subject:** Carnival/DeCurtis 26(f) conference

Counsel:

Let us know if you are available this Thursday after 2:00 Eastern for the Rule 26(f) conference.

Also, given the number of attorneys from all over the country (among other things) the in-person requirement in Judge Byron's order won't be feasible. Let us know if there is any opposition to a phone meeting, and if a joint motion might be appropriate. Thanks.

We'll circulate a call-in number once confirmed.

Thanks

Jason

**JASON P. STEARNS**
Attorney at Law



jstearns@freeborn.com

(813) 488-2926
**Freeborn & Peters LLP**
Tampa, FL 33602
**www.freeborn.com**

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

---

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.

**NOTICE TO RECIPIENT** | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.