# EXHIBIT B



**Orrick, Herrington & Sutcliffe LLP**
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

+1 202 339 8400
orrick.com

February 20, 2020

T. Vann Pearce

*Via Federal Express and E-Mail*

E vpearce@orrick.com
D +1 202 339 8696
F +1 202 339 8500

Miriam Holleman
DeCurtis Corporation
3208 East Colonial Drive
Suite C190
Orlando, FL 32803

Re: Carnival Corporation exercising its audit rights under the Master Services Agreement

Dear Ms. Holleman:

We represent Carnival Corporation ("Carnival"). On behalf of Carnival, this letter serves as written notice pursuant to Section 6.5 of the July 24, 2014 Master Services Agreement ("MSA") between Carnival and DeCurtis Corporation ("DeCurtis") that Carnival is exercising its audit right under Section 3.4 of the MSA. Carnival will inspect all DeCurtis records relevant to DeCurtis's work for Carnival related to "Project Trident," "Carnival's Guest Experience and Innovation Studio," "Carnival Corporation Enterprise Architecture Project," "Experience Prototypes," "Carnival Experience Platform," wearable devices, and/or devices and systems using Bluetooth Low Energy. The scope of the audit includes, but is not limited to, all records related to the work described in the MSA and the Statements of Work entered into by Carnival and DeCurtis pursuant to the MSA.

Non-limiting examples of the types of documents Carnival expects DeCurtis to make available for inspection include documentation and / or source code related to the development and execution of the "Experience Prototype" (*e.g.*, mobilization experience prototype framework, at home experience engagement, arrival experience prototypes, imaging experience transformation, F&B experience prototypes, experience utilities, guest services and guest recovery, and end-to-end prototype alignment and harmonization), "Ocean Ready" and "Experience Engagement"



Miriam Holleman
February 20, 2020
Page 2

development progression, Crew Compass development, Ocean Program creative development, demonstrations for Board of Directors meetings, Project Trident development, and so on.

A primary purpose of this audit is "to insure compliance by [DeCurtis] with its obligations" under the MSA, as set forth in Section 3.4, particularly DeCurtis's obligations to protect Carnival's confidential information under Section 4 of the MSA. Accordingly, among the records that Carnival will inspect are the following:

- Records showing which DeCurtis employees had access to Carnival "Confidential Information" and "Deliverables" (as defined in the MSA) prepared for Carnival;
- Records showing all measures DeCurtis has taken, if any, to ensure that any such DeCurtis employees were informed of and agreed to be bound by the MSA's confidentiality obligations;
- Records showing all measures DeCurtis has taken, if any, to ensure the confidentiality of Carnival Confidential Information and Deliverables;
- Records showing if any Carnival Confidential Information or Deliverables were shared with any third parties;
- Records showing if DeCurtis used any Carnival Confidential Information or Deliverables for DeCurtis's own use (including development of the "DeCurtis Experience Platform" or the Bluetooth Low Energy products and services advertised by DeCurtis at, e.g., https://www.decurtis.com/ble/, or in making presentations to actual or potential customers) or for the developing products and services for DeCurtis's other customers (including Norwegian Cruise Lines and Virgin Voyages); and
- Records showing all measures DeCurtis has taken, if any, to ensure that the Carnival Confidential Information and Deliverables were not used in any way for DeCurtis's own use or for the developing products and services for DeCurtis's other customers.

The audit will be conducted by a computer forensics firm working with Carnival's outside legal counsel at Orrick.



Miriam Holleman
February 20, 2020
Page 3

Please respond by no later than February 24, 2020 providing a date certain, no later than March 2, 2020 when Carnival can begin the audit. Your response should identify the location(s) where relevant documents are stored and the repositories/custodians holding relevant documents.

Please be advised that DeCurtis has an obligation to not destroy or alter any records or documents related to this matter within DeCurtis's possession, custody, or control. Any DeCurtis document destruction/retention policies should be suspended and all relevant records should be preserved. Metadata should also be preserved (for example, records of when and by whom documents were accessed, downloaded, or sent by DeCurtis personnel or third parties).

Very truly yours,

T. Vann Pearce

cc: David DeCurtis