# EXHIBIT C



**FREEBORN & PETERS LLP**

DAVID C. GUSTMAN
Partner

**Freeborn & Peters LLP**
*Attorneys at Law*
311 South Wacker Drive
Suite 3000
Chicago, IL 60606

(312) 360-6515 direct
(312) 360-6520 fax

dgustman@freeborn.com

www.freeborn.com

March 12, 2020

**Via Electronic Delivery**

T. Vann Pearce
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington DC 20005-1706

Re: ***Carnival's Audit of DeCurtis's Records***

Dear Mr. Pearce,

We write to follow up on our correspondence dated March 6, 2020 and in response to your letter and attachment dated March 4, 2020 seeking to audit DeCurtis's records pursuant to Section 3.4 of the Master Services Agreement (the "MSA"). Although we concede neither that the MSA is enforceable or that Carnival's demands are proper, we are willing to make a reasonable production of the following information to the extent it exists and can be located, subject to Carnival's execution of a confidentiality agreement:

1. Any source code developed under the MSA to which DeCurtis has reasonable access to;
2. Records of expenses and receipts, including invoices, related to the EIC project;
3. DeCurtis policies and methods used to protect Confidential Information; and
4. Documents relating to the Statements of Work identified in your March 4 letter to which DeCurtis has reasonable access.

Please keep in mind that the process of identifying and producing this information is complicated by the fact that Carnival's audit requests seek documents that are over four years old and require DeCurtis to identify and search historical files. Due to the time-intensive nature of this review, DeCurtis will produce any responsive documents on a rolling basis. Access instructions to DeCurtis's first production are forthcoming.

Very truly yours,

/s/ *David C. Gustman*

David C. Gustman

DCG