# EXHIBIT D

## Anderson, Jill C.

**Subject:** FW: DeCurtis/Carnival Audit

**From:** Gustman, David C.
**Sent:** Monday, March 23, 2020 9:37 AM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>
**Subject:** RE: DeCurtis/Carnival Audit

Vann-

I write to confirm that Carnival is no longer seeking the materials we offered to produce for your client's review, as noted in your email below. Given your position, our client will not make arrangements to provide what we agreed to provide—even though we do not acknowledge your client has the right to obtain any of the information Carnival seeks under the MSA.

To clarify, we offered to provide documents to which DeCurtis had "reasonable access" because, as your client knows or should know, the digital deliverables were placed in the local EIC servers and the source code was placed on github, all at John Padgett's direction. Since the project ended more than 4 years ago, DeCurtis has not had access to these servers or the source code.

David

**From:** Pearce Jr., T. Vann <vpearce@orrick.com>
**Sent:** Friday, March 13, 2020 7:23 PM
**To:** Sprague, Katelyn P. <ksprague@freeborn.com>
**Cc:** Gustman, David C. <dgustman@freeborn.com>; Anderson, Jill C. <janderson@freeborn.com>; Cross, Jeffery M. <jcross@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>; Routh, Steven J. <srouth@orrick.com>; Uriarte, Robert L. <ruriarte@orrick.com>
**Subject:** RE: DeCurtis/Carnival Audit

Counsel,

I'm writing in response to the letter you sent me yesterday, March 12. DeCurtis's offer to make an severely limited and conditional production of certain documents does not comply with Section 3.4 of the MSA and is therefore not acceptable. Production of a limited set of documents, selected by DeCurtis on terms of DeCurtis's choosing, not only fails to satisfy Carnival's right to an "audit" but also is inadequate to permit Carnival to determine compliance with the MSA. Moreover, there is no basis in the MSA or in law to condition Carnival's access to information or documents that "can be located" or "to which DeCurtis has reasonable access"; DeCurtis was obligated under the MSA to maintain records of the work it performed under the MSA and SOWs, and Carnival has a right to "audit" all such records. Finally, your suggestion that DeCurtis plans to gather up whatever documents in those limited categories that it can find and to produce them on a "rolling basis" presents serious concerns; such a production could lead

1

to the spoliation of critical metadata and other information that are part of the records in question and reflect how they have been maintained and used.

Carnival continues to demand that it be allowed access to audit DeCurtis's books and records, as is its right under the MSA. Based on your correspondence, Carnival will proceed with the understanding that DeCurtis has refused to permit such an audit. If DeCurtis has changed its position, please let us know immediately. Regardless, DeCurtis must ensure that all relevant records and documents are retained and maintained as they have been kept in the ordinary course of business without modification, including preservation of all metadata. We will hold DeCurtis responsible for any loss or destruction of documents or related information.

Best regards,
Vann

**Vann Pearce**
Partner, Intellectual Property

Orrick
Washington, DC
T +1-202-339-8696
vpearce@orrick.com





**From:** Sprague, Katelyn P. <ksprague@freeborn.com>
**Sent:** Thursday, March 12, 2020 7:34 PM
**To:** Pearce Jr., T. Vann <vpearce@orrick.com>
**Cc:** Gustman, David C. <dgustman@freeborn.com>; Anderson, Jill C. <janderson@freeborn.com>; Cross, Jeffery M. <jcross@freeborn.com>; Connelly, Matthew T. <mconnelly@freeborn.com>
**Subject:** DeCurtis/Carnival Audit

Counsel,

Please see the attached correspondence.

Regards,
**KATELYN P. SPRAGUE**
Attorney at Law



(312) 360-6814 direct
ksprague@freeborn.com

**Freeborn & Peters LLP**
311 South Wacker Drive, Suite 3000
Chicago, IL 60606
**www.freeborn.com**

---

NOTICE TO RECIPIENT | This e-mail is meant for only the intended recipient of the transmission, and may be a communication privileged by law. If you received this e-mail in error, any review, use, dissemination, distribution, or copying of this e-mail is strictly prohibited. Please notify us immediately of the error by return e-mail and please delete this message from your system. Thank you in advance for your cooperation.

For more information about Orrick, please visit *http://www.orrick.com*.

In the course of our business relationship, we may collect, store and transfer information about you. Please see our privacy policy at https://www.orrick.com/Privacy-Policy to learn about how we use this information.