# EXHIBIT E



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 15/459,906 | 03/15/2017 | John PADGETT | 036476-0036 | 2349 |

20277          7590          10/20/2017
MCDERMOTT WILL & EMERY LLP
The McDermott Building
500 North Capitol Street, N.W.
WASHINGTON, DC 20001

| EXAMINER |
|---|
| TALUKDER, MD K |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2648 | |

| NOTIFICATION DATE | DELIVERY MODE |
|---|---|
| 10/20/2017 | ELECTRONIC |

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

Notice of the Office communication was sent electronically on above-indicated "Notification Date" to the following e-mail address(es):

ipdocketmwe@mwe.com

PTOL-90A (Rev. 04/07)

| | Application No. | Applicant(s) |
|---|---|---|
| **Office Action Summary** | 15/459,906 | PADGETT ET AL. |
| | Examiner | Art Unit | AIA (First Inventor to File) Status |
| | MD TALUKDER | 2648 | Yes |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

### Period for Reply

A SHORTENED STATUTORY PERIOD FOR REPLY IS SET TO EXPIRE <u>3</u> MONTHS FROM THE MAILING DATE OF THIS COMMUNICATION.
- Extensions of time may be available under the provisions of 37 CFR 1.136(a). In no event, however, may a reply be timely filed after SIX (6) MONTHS from the mailing date of this communication.
- If NO period for reply is specified above, the maximum statutory period will apply and will expire SIX (6) MONTHS from the mailing date of this communication.
- Failure to reply within the set or extended period for reply will, by statute, cause the application to become ABANDONED (35 U.S.C. § 133).
Any reply received by the Office later than three months after the mailing date of this communication, even if timely filed, may reduce any earned patent term adjustment. See 37 CFR 1.704(b).

### Status

1)☒ Responsive to communication(s) filed on <u>07/24/2017</u>.
  ☐ A declaration(s)/affidavit(s) under **37 CFR 1.130(b)** was/were filed on _____.
2a)☒ This action is **FINAL**.    2b)☐ This action is non-final.
3)☐ An election was made by the applicant in response to a restriction requirement set forth during the interview on _____; the restriction requirement and election have been incorporated into this action.
4)☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11, 453 O.G. 213.

### Disposition of Claims*

5)☒ Claim(s) <u>1-22</u> is/are pending in the application.
  5a) Of the above claim(s) _____ is/are withdrawn from consideration.
6)☐ Claim(s) _____ is/are allowed.
7)☒ Claim(s) <u>1-4,11-16,18 and 20-22</u> is/are rejected.
8)☒ Claim(s) <u>5-10,17 and 19</u> is/are objected to.
9)☐ Claim(s) _____ are subject to restriction and/or election requirement.

\* If any claims have been determined <u>allowable</u>, you may be eligible to benefit from the **Patent Prosecution Highway** program at a participating intellectual property office for the corresponding application. For more information, please see http://www.uspto.gov/patents/init_events/pph/index.jsp or send an inquiry to PPHfeedback@uspto.gov.

### Application Papers

10)☐ The specification is objected to by the Examiner.
11)☐ The drawing(s) filed on _____ is/are: a)☐ accepted or b)☐ objected to by the Examiner.
  Applicant may not request that any objection to the drawing(s) be held in abeyance. See 37 CFR 1.85(a).
  Replacement drawing sheet(s) including the correction is required if the drawing(s) is objected to. See 37 CFR 1.121(d).

### Priority under 35 U.S.C. § 119

12)☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
  **Certified copies:**
    a)☐ All   b)☐ Some**   c)☐ None of the:
    1.☐ Certified copies of the priority documents have been received.
    2.☐ Certified copies of the priority documents have been received in Application No. _____.
    3.☐ Copies of the certified copies of the priority documents have been received in this National Stage application from the International Bureau (PCT Rule 17.2(a)).
\*\* See the attached detailed Office action for a list of the certified copies not received.

**Attachment(s)**
1) ☒ Notice of References Cited (PTO-892)
2) ☒ Information Disclosure Statement(s) (PTO/SB/08a and/or PTO/SB/08b) Paper No(s)/Mail Date _____.
3) ☐ Interview Summary (PTO-413) Paper No(s)/Mail Date _____.
4) ☐ Other: _____.

Application/Control Number: 15/459,906　　　　　　　　　　　　　　　　　　　　Page 2
Art Unit: 2648

1.　　The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

2.　　In the event the determination of the status of the application as subject to AIA 35 U.S.C. 102 and 103 (or as subject to pre-AIA 35 U.S.C. 102 and 103) is incorrect, any correction of the statutory basis for the rejection will not be considered a new ground of rejection if the prior art relied upon, and the rationale supporting the rejection, would be the same under either status.

3.　　It would be of great assistance to the office if all incoming papers pertaining to a filed application carried the following items:

　　　i.　　Application number (checked for accuracy, including series code and serial no.).
　　　ii.　　Group art unit number (copied from most recent Office communication).
　　　iii.　　Filing date.
　　　iv.　　Name of the examiner who prepared the most recent Office action.
　　　v.　　Title of invention.
　　　vi.　　Confirmation number (See MPEP § 503).

## Response to Arguments

4.　　Applicant's arguments with respect to claims have been considered but are moot in view of the new ground(s) of rejection.

5.　　The Examiner has pointed out particular references contained in the prior art of record within the body of this action for the convenience of the Applicant. Although the specified citations are representative of the teachings in the art and are applied to the specific limitations within the individual claim, other passages, paragraph and figures may apply. Applicant, in preparing the response, should consider fully the entire reference as potentially teaching all or

Application/Control Number: 15/459,906 Page 3
Art Unit: 2648

part of the claimed invention, as well as the context of the passage as taught by the prior art or disclosed by the Examiner.

6. **Claim interpretation**: When multiple limitations are connected with "OR", one of the limitations does have any patentable weight since both of the limitations are optional.

## CLAIM OBJECTION

7. Claim 5, 7, 17 & 19 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims. Claims 6 & 8-10 are also objected since they are depend upon claims 5 & 7.

## Claim Rejection- 35 USC § 103

8. The following is a quotation of 35 U.S.C. 103 which forms the basis for all obviousness rejections set forth in this Office action:

> A patent for a claimed invention may not be obtained, notwithstanding that the claimed invention is not identically disclosed as set forth in section 102 of this title, if the differences between the claimed invention and the prior art are such that the claimed invention as a whole would have been obvious before the effective filing date of the claimed invention to a person having ordinary skill in the art to which the claimed invention pertains. Patentability shall not be negated by the manner in which the invention was made.

Claims 1-2, 4, 11-15, 18, 20-22 are rejected under 35 U.S.C. 103 as being unpatentable over Ko (Pub No. 2016/0066123) and further in view of Hermans (Pub No. 2016/0117458).

**Regarding claim 1,** Ko discloses a guest engagement system **(Fig. 8)** comprising:

Application/Control Number: 15/459,906    Page 4
Art Unit: 2648

a plurality of portable guest devices provided to users of the guest engagement system to be carried by the user (Fig. 8: Guest device-810), each guest device including a wireless communication antenna and operative to emit a periodic beacon signal broadcasting a unique identifier of the guest device using Bluetooth low energy (BLE) communications (**Fig. 8: Guest device-810 is a beacon transmit device) & (Para. 47: periodic beacon signal broadcasting & Para. 48 & 51: Beacon transmit with ID information) & (Fig. 2 & 9: multiple transmission device) & (Para. 9: BLE beacon transmit from transmit device);** a sensor network comprising a plurality of sensors each mounted at a different known location (**Fig. 8: beacon receiving device-830 & Fig. 12: Multiple beacon reception device**) and operative to detect the periodic beacon signals including the unique identifiers emitted using BLE communications by portable guest devices of the plurality of portable guest devices that are proximate to the sensor (Para. 48 & 51: **Beacon transmit device transmit beacon signals including the unique identifiers emitted using BLE beacon and beacon reception device received beacon signal**) & (**Para. 9: BLE beacon transmit from transmit device**); a communication network connecting each of the plurality of sensors of the sensor network (Para. 53: "**The beacon receiving device 130 may be connected to the beacon transmitting device 110 through wireless communication**") & (**Fig. 1: beacon receiving device-130 connected to a service server and they are connected to communication network**) & (Para. 77: "**The service server 300 may communicate with at least one network node through the communication unit 310. The communication unit 310 may directly communicate with a beacon transmitting device and may receive, from a beacon receiving device, a signal transmitted by a beacon transmitting device**"); and a server communicatively connected to each of the plurality of

Application/Control Number: 15/459,906 Page 5
Art Unit: 2648

sensors of the sensor network via the communication network, and storing a log associating each unique identifier of a portable guest device detected using BLE communications by a sensor of the sensor network with the known location of the sensor (Para. 53: "**The beacon receiving device 130 may be connected to the beacon transmitting device 110 through wireless communication. The beacon receiving device 130 may receive a beacon signal from the beacon transmitting device 110. The beacon receiving device 130 may transfer information to the service server 150 based on a received beacon signal. ... A beacon signal may include various pieces of information. For example, a beacon signal may include a unique identifier of the beacon transmitting device 110, ... a beacon signal may include distance information configured by the beacon transmitting device 110 and service ID information corresponding to the distance information. ...**") & (Para. 59: Storing ID in the service server).

Ko silent regarding a central server connected plurality of device having a time stamp.

Hermans discloses a central server connected plurality of device having a time stamp (Para. 15: "**The apparatus includes a device management server configured to register at least a first detection device associated with a first location and a second detection device associated with a second location with a device management infrastructure, receive, via the device management infrastructure and from the first detection device, a beacon identifier associated with a beacon detected by the first detection device, store a first time stamp associated with detection of the beacon by the first detection device....**").

Application/Control Number: 15/459,906  Page 6
Art Unit: 2648

At the time of filling, it would have been obvious to one of the ordinary skilled in the art to use beacon detection in a short range communication network to transfer data between multiple local devices to control short range device effectively based on timing.

**Regarding claim 2,** Ko discloses the plurality of sensors of the sensor network comprises a plurality of access panels each configured to control an associated electronically controlled door lock **(Para. 56 & Para. 153: Door lock control),** and each access panel is operative to detect the periodic beacon signals including the unique identifiers emitted using BLE communications by guest devices that are proximate thereto, and to selectively unlock the associated electronically controlled door lock based on the unique identifier of the detected periodic beacons **(Fig. 8: Restaurant gateway based on device ID) & (Para. 48 & 55-57).**

**Regarding claim 4,** Ko discloses each access panel is further operative to report the unique identifiers detected using Bluetooth communications to the central server via the communication network **(Fig. 8) & (Para. 18 & 67).**

**Regarding claim 11,** Ko discloses the sensor network comprises a plurality of sensor network peripherals each comprising a processor, memory, and a network transceiver configured for communication across the communication network, and sensors of the sensor network are electrically connected to respective sensor network peripherals and are communicatively connected to the communication network via the respective sensor network peripherals **(Fig. 1-2 & Fig. 6 & Fig. 8) & (Para. 48-50).**

**Regarding claim 12,** Ko discloses each sensor network peripheral comprises a communication bus configured to support electric connections to a plurality of sensors of the sensor network **(Fig. 6 & 12).**

Application/Control Number: 15/459,906 Page 7
Art Unit: 2648

**Regarding claim 13,** Ko discloses a guest engagement system **(Fig. 8)** comprising: a plurality of portable guest devices provided to users of the guest engagement system to be carried by the user (Fig. 8: Guest device-810), each guest device including a wireless communication antenna and operative to emit a periodic beacon signal broadcasting a unique identifier of the guest device using Bluetooth low energy (BLE) communications **(Fig. 8: Guest device-810 is a beacon transmit device) & (Para. 47: periodic beacon signal broadcasting & Para. 48 & 51: Beacon transmit with ID information) & (Fig. 2 & 9: multiple transmission device) & (Para. 9: BLE beacon transmit from transmit device)** and near field communication (NFC) communications **(Para. 9: NFC)**; a sensor network comprising a plurality of sensors each mounted at a different known location **(Fig. 8: beacon receiving device-830 & Fig. 12: Multiple beacon reception device)** and operative to detect the periodic beacon signals including the unique identifiers emitted using BLE communications by portable guest devices of the plurality of portable guest devices that are proximate to the sensor (Para. 48 & 51: **Beacon transmit device transmit beacon signals including the unique identifiers emitted using BLE beacon and beacon reception device received beacon signal**) & **(Para. 9: BLE beacon transmit from transmit device)**; a communication network connecting each of the plurality of sensors of the sensor network (Para. 53: "**The beacon receiving device 130 may be connected to the beacon transmitting device 110 through wireless communication**") & **(Fig. 1: beacon receiving device-130 connected to a service server and they are connected to communication network)** & (Para. 77: "**The service server 300 may communicate with at least one network node through the communication unit 310. The communication unit 310 may directly communicate with a beacon transmitting device and may receive, from a**

Application/Control Number: 15/459,906 Page 8
Art Unit: 2648

beacon receiving device, a signal transmitted by a beacon transmitting device"); and a server communicatively connected to each of the plurality of sensors of the sensor network via the communication network, and storing a log associating each unique identifier of a portable guest device detected using BLE communications by a sensor of the sensor network with the known location of the sensor (Para. 53: "**The beacon receiving device 130 may be connected to the beacon transmitting device 110 through wireless communication. The beacon receiving device 130 may receive a beacon signal from the beacon transmitting device 110. The beacon receiving device 130 may transfer information to the service server 150 based on a received beacon signal. ... A beacon signal may include various pieces of information. For example, a beacon signal may include a unique identifier of the beacon transmitting device 110, ... a beacon signal may include distance information configured by the beacon transmitting device 110 and service ID information corresponding to the distance information. ....**") & (**Para. 59: Storing ID in the service server**).

Ko silent regarding a central server connected plurality of device having a time stamp.

Hermans discloses a central server connected plurality of device having a time stamp (Para. 15: "**The apparatus includes a device management server configured to register at least a first detection device associated with a first location and a second detection device associated with a second location with a device management infrastructure, receive, via the device management infrastructure and from the first detection device, a beacon identifier associated with a beacon detected by the first detection device, store a first time stamp associated with detection of the beacon by the first detection device....**").

Application/Control Number: 15/459,906 Page 9
Art Unit: 2648

At the time of filling, it would have been obvious to one of the ordinary skilled in the art to use beacon detection in a short range communication network to transfer data between multiple local devices to control short range device effectively based on timing.

**Regarding claim 14,** Ko discloses sensors of the plurality of sensors of the sensor network are operative to engage in two-way communication with guest devices of the plurality of guest devices **(Fig 1: 2 way communication between multiple devices is obvious in wireless communication system. Para. 9: BLE is 2 way communication).**

**Regarding claim 15,** Ko discloses sensors of the plurality of sensors of the sensor network are operative to engage in secure encrypted communication with guest devices of the plurality of guest devices **(Para. 53:** encrypted communication).

**Regarding claim 18,** Ko discloses each guest device is configured to emit a periodic beacon signal broadcasting the unique identifier of the guest device using BLE communications, and each sensor of the sensor network is operative to detect the periodic beacon signals including the unique identifiers emitted using Bluetooth communications by guest devices of the plurality of guest devices that are proximate to the sensor **(Abstract & Para. 48-53).**

**Regarding claim 20,** Ko discloses the plurality of sensors of the sensor network comprises Omni-directional sensors configured to detect guest devices that are proximate thereto in all directions surrounding the sensor, and spotlight sensors having a beam-shaped communication range configured to only detect guest devices that are proximate thereto within the beam-shaped communication range **(Fig. 1 & 8 & 12) & (Para. 14 & 48).**

**Regarding claim 21,** Ko discloses the sensor network comprises a plurality of sensor network peripherals each comprising a processor, memory, and a network transceiver configured

Application/Control Number: 15/459,906 Page 10
Art Unit: 2648

for communication across the communication network, and each sensor network peripheral is electrically connected to at least one sensor of the plurality of sensors and provides a communication connection between the at least one sensor and the communication network **(Abstract & Para. 48-51) & (Fig. 1 & 12).**

**Regarding claim 22,** Ko discloses each sensor network peripheral comprises a communication bus configured to support electric connections to a plurality of sensors of the sensor network **(Fig. 6 & 8 & 12).**

Claims 3 & 16 are rejected under 35 U.S.C. 103 as being unpatentable over Ko (Pub No. 2016/0066123), in view of Hermans (Pub No. 2016/0117458) and further in view of Hermans (Pub No. 2016/0117458).

**Regarding claim 3,** Ko does not explicitly discloses the central server comprises a central reservation server associating with each electronically controlled door lock a list of unique identifiers of guest devices being authorized to access the electronically controlled door lock, wherein each access panel is operative to selectively unlock the associated electronically controlled door lock based on whether the unique identifier of the detected periodic beacon matches an identifier of the list stored in the central server of unique identifiers of guest devices authorized access to the electronically controlled door lock.

Lang discloses the central server comprises a central reservation server associating with each electronically controlled door lock a list of unique identifiers of guest devices being authorized to access the electronically controlled door lock, wherein each access panel is operative to selectively unlock the associated electronically controlled door lock based on whether the unique identifier of the detected periodic beacon matches an identifier of the list

Application/Control Number: 15/459,906 Page 11
Art Unit: 2648

stored in the central server of unique identifiers of guest devices authorized access to the electronically controlled door lock **(Para. 25 & 19-20) & (Para. 45: "With reference now to the schematic in FIG. 2, data packet 108 can include an indication of lock status 114 including whether the lock has been accessed or tampered. Data packet 108 can optionally include a universally unique identifier (UUID) identifying a lock vendor 116, e.g., associating the lock with a vendor's application, user credentials, and a target door identifier. The data packet 108 can include a universally unique identifier (UUID) identifying a hotel vendor 118, e.g., associating the lock with a vendor's application, user credentials, and a target door identifier. It is also contemplated that the data packet 108 can include a universally unique identifier (UUID) identifying a locking solutions vendor 120 such as a third party that contracts installation, management ...").**

At the time of filling, it would have been obvious to use secure door control system to authenticate the door operation to open the door for authorized person.

**Regarding claim 16,** Ko teaches the plurality of sensors of the sensor network comprises a plurality of access panels each configured to control an associated electronically controlled door lock **(Fig. 8 & Para. 153: unlock door).**

Ko is silent regarding each access panel is operative to engage in encrypted bi-directional communication with a guest device using BLE communications to authenticate the guest device and selectively unlock the associated electronically controlled door lock based on the identity of the authenticated guest device.

Lang discloses each access panel is operative to engage in encrypted bi-directional communication with a guest device using Bluetooth communications to authenticate the guest

device and selectively unlock the associated electronically controlled door lock based on the identity of the authenticated guest device **(Fig. 4 & Para. 15 & 50).**

At the time of filling, it would have been obvious to use secure door control system to authenticate the door operation to open the door for authorized person.

## CONCLUSION

Applicant's amendment necessitated the new ground(s) of rejection presented in this Office action. Accordingly, **THIS ACTION IS MADE FINAL**. See MPEP § 706.07(a). Applicant is reminded of the extension of time policy as set forth in 37 CFR 1.136(a).

A shortened statutory period for reply to this final action is set to expire THREE MONTHS from the mailing date of this action. In the event a first reply is filed within TWO MONTHS of the mailing date of this final action and the advisory action is not mailed until after the end of the THREE-MONTH shortened statutory period, then the shortened statutory period will expire on the date the advisory action is mailed, and any extension fee pursuant to 37 CFR 1.136(a) will be calculated from the mailing date of the advisory action. In no event, however, will the statutory period for reply expire later than SIX MONTHS from the date of this final action.

Any inquiry concerning this communication from the examiner should be directed to Patent Examiner Md Talukder whose telephone number is (571) 270-3222. The examiner can normally be reached on Mon-Th 8:00 am to 4:30 pm.

Application/Control Number: 15/459,906             Page 13
Art Unit: 2648

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisors, Wesley Kim can be reached on 571-272-7867.

Information regarding the status of an application may be obtaining from the patent application information retrieval (PAIR) system. Status information for the published applications may be obtained from either private PAIR or public PAIR. Status information for unpublished application is available through private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have any questions on access to the private PAIR system, contract the Electronics Business Center (EBC) at 866-217-9197. If you would like assistance from USPTO customer service representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA).

/MD TALUKDER/

Primary Examiner, Art Unit 2648