# EXHIBIT F

Application No. 15/459,906                                         Docket No.: 036476-0036
Response to Final Office Action of October 20, 2017

## REMARKS

### Introduction

Independent claim 1 is hereby amended to incorporate all of the limitations of claim 5, which was identified as being *allowable*, and all of the limitations of intervening claim 2.  In view of the amendment, claim 1 and claims 3, 4, 6, 11, and 12 which depend therefrom are allowable. Claims 3, 4, and 6 are amended to update cross-references in view of the cancellation of claims 5 and 7.

Claim 7, which was identified as being *allowable*, is rewritten in independent to include all of the recitations of previous claim 1 from which it depended.  In view of the amendment, claim 7 and claims 8-10 which depend therefrom are allowable.

Independent claim 13 is amended to incorporate all of the limitations of claim 19, which was identified as being *allowable*.  In view of the amendment, claim 13 and claims 14-16, 18, and 20-22 which depend therefrom are allowable.

Claim 17, which was identified as being *allowable*, is rewritten in independent to include all of the recitations of previous claim 13 from which it depended.  In view of the amendment, claim 17 and claim 19 which is amended to depend therefrom are allowable.

In view of the amendments, claims 1, 3, 4, and 6-22 remain pending in this application, of which claims 1, 7, 13, and 17 are independent.

All amendments made to the claims are fully supported by the specification as originally filed.  Hence, no new matter has been introduced.

Entry of various comments regarding the claims and/or the art, in the Office Action, should not be construed as any acquiescence or agreement by Applicants with the stated reasoning, regardless of whether or not these remarks specifically address any particular comment from the Office Action.

Reconsideration of this application for allowance of all pending claims is hereby respectfully requested in view of the amendments to the claims and following remarks.

Application No. 15/459,906                                    Docket No.: 036476-0036
Response to Final Office Action of October 20, 2017

**Allowable Subject Matter**

Claims 5-10, 17, and 19 were objected to as each being dependent upon a rejected base claim, but were identified as being allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

Applicants thank the Examiner for the identification of allowable subject matter in claims 5-10, 17, and 19.

As noted above, independent claim 1 has been amended to incorporate all of the recitations of _allowable_ claim 5; _allowable_ claim 7 is amended into independent form; claim 13 is amended to incorporate the recitations of _allowable_ claim 19; and _allowable_ claim 17 is amended into independent form.  In view of the amendments, independent claims 1, 7, 13, and 19 are allowable. Claims 3, 4, 6, 8-12, 14-16, and 18-22 each depend from one of claims 1, 7, 13, and 19 and are allowable for at least that reason.

**Patentability Under 35 U.S.C. § 103**

Claims 1, 2, 4, 11-15, 18, and 20-22 were rejected under 35 U.S.C. § 103 as being unpatentable over Ko (U.S. Pub. No. 2016/0066123, hereinafter "Ko") in view of Hermans (U.S. Pub. No. 2016/0117458, hereinafter "Hermans").  Claims 3 and 16 were rejected under 35 U.S.C. § 103 as being unpatentable over Ko in view of Hermans and Lang (U.S. Publication No. 2017/0127222, hereinafter "Lang").

The rejections are traversed on the grounds that the claims, particularly as amended herein, are not obvious from Ko, Hermans, Lang, or combinations thereof.  In particular, claims 1, 7, 13, and 19 are each amended to incorporate subject matter which was identified as being _allowable_.  In view of the amendments, the claims and claims 3, 4, 6, 8-12, 14-16, and 18-22 which each depend from one of claims 1, 7, 13, and 19 are allowable.

Applicants therefore submit that the rejections under 35 U.S.C. § 103 are overcome and respectfully request that the rejections be withdrawn.

**Conclusion**

In view of the above amendments and remarks, Applicants submit that this application should be allowed and the case passed to issue.  If there are any questions regarding this

Application No. 15/459,906                                                    Docket No.: 036476-0036
Response to Final Office Action of October 20, 2017

Amendment or the application in general, a telephone call to the undersigned would be appreciated to expedite the prosecution of the application.

   Applicant believes no fee is due with this response.  However, if a fee is due, please charge our Deposit Account No. 50-0417 from which the undersigned is authorized to draw.

        Respectfully submitted,

        MCDERMOTT WILL & EMERY  LLP

        Timothee B. Doutriaux
        Registration No. 68,579

500 North Capitol Street, N.W.                    **Please recognize our Customer No. 20277 as**
Washington, DC  20001                             **our correspondence address.**
Phone: (202) 756-8351  TBD:bp
Facsimile:  (202) 756-8087
**Date:  February 20, 2018**

DM_US 87111502-2.036476.0036                              11