# EXHIBIT 1



January 29, 2020

*Via Federal Express and E-Mail*

David DeCurtis
President
DeCurtis Corporation
3208 East Colonial Drive
Suite C190
Orlando, FL 32803

**Orrick, Herrington & Sutcliffe LLP**

Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

+1 202 339 8400
orrick.com

T. Vann Pearce

E vpearce@orrick.com
D +1 202 339 8696
F +1 202 339 8500

Re:   Carnival Corporation's patent rights related to wireless guest engagement systems

Dear Mr. DeCurtis:

We represent Carnival Corporation ("Carnival") in intellectual property matters.

Norwegian Cruise Line ("NCL") has announced that it is developing a technology platform referred to as "Cruise Freedom" in conjunction with DeCurtis Corporation ("DeCurtis"). NCL has described Cruise Freedom as a technology platform that "leverages the very latest in proximity and location technologies including wearable [devices]." In a recent quarterly earnings call, NCL's CEO described Cruise Freedom as a technology platform that "leverages the very latest in proximity and location technologies including wearable [devices]." This and other public descriptions of NCL's new Cruise Freedom closely track the OceanMedallion™ technology that Carnival launched in 2017 and that is already operational on many of its MedallionClass™ ships.

DeCurtis also is marketing a Bluetooth Low Energy module. DeCurtis advertises that the product allows for "the client, crew member, person or item [to be] the beacon" emitting a Bluetooth Low Energy signal. According to DeCurtis' website, this can be done via "a wearable (think wristband, pendant or keychain) that contains a small beacon." As DeCurtis is well aware from its prior work for Carnival, Carnival is a market leader in developing the use of wearable, Bluetooth Low Energy technology in the cruise industry, having launched its OceanMedallion™ wearable system in 2017.

Carnival has invested significant resources in developing its OceanMedallion™ technology, and it has protected its investment with a robust and growing patent portfolio. The portfolio includes several issued U.S. patents: U.S. Patent No. 10,304,271; U.S. Patent No. 10,171,978; U.S.



David DeCurtis
January 29, 2020
Page 2

Patent No. 10,049,516; U.S. Patent No. 10,157,514; U.S. Patent No. 10,037,642; U.S. Patent No. 10,045,184; U.S. Patent No. 10,499,228; and U.S. Design Patent No. D835201. Carnival's portfolio also includes issued international patents and pending U.S. and international patent applications.

Although DeCurtis already may be aware of Carnival's intellectual property rights in the field, this letter provides written notice of the above patent portfolio and of Carnival's intent to vigorously enforce its intellectual property rights in its OceanMedallion™ technology. Please also be reminded of DeCurtis's confidentiality obligations to Carnival pursuant to the agreements pertaining to DeCurtis's prior work for Carnival. Carnival expects others to respect its intellectual property rights and to compete fairly. Please notify us promptly if DeCurtis has any questions or concerns about potential infringement of any Carnival patent and/or any potential unauthorized use of other Carnival intellectual property relating to wearable devices.

Very truly yours,

T. Vann Pearce