United States District Court
for the
Southern District of Florida

| | |
|---|---|
| DeCurtis LLC, Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Carnival Corporation, Defendant. ) | Civil Action No. 20-22945-Civ-Scola |
| Carnival Corporation, Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DeCurtis Corporation and DeCurtis ) <br> LLC, Defendants. ) | Consol. Case No. 20-21547-Civ-Scola |

## Order Adopting Report and Recommendations

The Court referred Carnival Corporation's motion to dismiss or, alternatively, to strike DeCurtis Corporation and DeCurtis LLC's (together, "DeCurtis") counterclaims and affirmative defenses (ECF No. 160) to United States Magistrate Judge Edwin G. Torres for a report and recommendations. Judge Torres has issued a report, recommending that Carnival's motion be denied in its entirety. (Rep. & Rec., ECF No. 260.) No objections have been filed and the time to do so has passed. Having considered Judge Torres's report, the record, and the relevant legal authorities, the Court finds Judge Torres's report and recommendation cogent and compelling.

The Court therefore **affirms and adopts** Judge Torres's report and recommendations (**ECF No. 260**), thus **denying** Carnival's motion in its entirety (**ECF No. 160**). Carnival must answer DeCurtis's counterclaims on or before **March 11, 2022**.

**Done and ordered** at Miami, Florida, on March 3, 2022.

_____
Robert N. Scola, Jr.
United States District Judge