# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 20-CIV-22945-SCOLA/TORRES

| | |
|---|---|
| DECURTIS LLC,<br><br>        Plaintiff,<br>  v.<br><br>CARNIVAL CORPORATION,<br><br>        Defendant. | |
| CARNIVAL CORPORATION,<br><br>        Plaintiff,<br>  v.<br><br>DECURTIS CORPORATION and DECURTIS LLC,<br><br>        Defendants. | |

### DECLARATION OF JOHANNES HSU IN SUPPORT OF
### CARNIVAL CORPORATION'S RESPONSES TO DECURTIS'S OBJECTIONS

I, Johannes Hsu, declare and state as follows:

1. I am an attorney admitted to practice in the Central District of California. I make this declaration in support of Carnival Corporation's Responses to DeCurtis's Objections to the March 22, 2022 Report and Recommendation. I have personal knowledge of the facts stated below, and if called upon to testify to those facts, I could and would competently do so.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript of Deposition of William Eisenstadt, Ph.D.

Executed this April 19, 2022, at Laguna Niguel, California.

                                                                            /s/ *Johannes Hsu*
                                                                             Johannes Hsu