**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| **CARNIVAL CORPORATION**, a Panamanian corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) No. 1:20-cv-22945-RNS ) |
| **DECURTIS LLC,** a Delaware limited liability corporation, and **DECURTIS CORPORATION**, a Florida corporation, | ) ) ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF PATRICK T. SCHMIDT IN SUPPORT OF DECURTIS LLC'S
AND DECURTIS CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Patrick T. Schmidt, declare and state as follows:

1. I am an attorney admitted to practice in the State of California and admitted *pro hac vice* as counsel on behalf of DeCurtis LLC and DeCurtis Corporation (together, "DeCurtis") in this action. I submit this Declaration in support of DeCurtis's Motion for Summary Judgment. I have personal knowledge of the facts stated below, and if called upon to testify to those facts, I could and would competently do so.

2. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent 10,045,184.

3. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent 10,049,516.

4. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent 10,157,514.

5. Attached hereto as Exhibit D is a true and correct copy of an excerpt from Carnival's First Amended Disclosure of Asserted Claims and Infringement Contentions.

6. Attached hereto as Exhibit E is a true and correct copy of the March 1, 2022 opening expert report of Erik de la Iglesia.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the transcript of the January 25, 2022 deposition of Derek Fournier.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the transcript of the February 4, 2022 deposition of David DeCurtis.

9. Attached hereto as Exhibit H is a true and correct copy of March 29, 2022 declaration of Andrew P. Schwalb, who is the Chief Technology Officer of V Cruises LLC d/b/a Virgin.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the transcript of the January 31, 2022 deposition of Simon Murray.

11. Attached hereto as Exhibit J is a true and correct copy of a document a document beginning with Bates number DeCurtis_01699999, which was produced by DeCurtis in this litigation.

12. Attached hereto as Exhibit K is a true and correct copy of a document entitled "Wearable Protocol Specification (Draft)," beginning with Bates number DeCurtis_00807543, which was produced by DeCurtis in this litigation.

13. Attached hereto as Exhibit L are true and correct excerpts from the transcript of the April 14, 2022 deposition of Erik de la Iglesia.

14. Attached hereto as Exhibit M is a true and correct copy of Patent Owner Preliminary Response submitted by Carnival in IPR2021-00783, concerning U.S. Patent 10,157,514.

15. Attached hereto as Exhibit N is a true and correct copy of a compilation of documents cited in Paragraphs 420-424 of de la Iglesia's opening report (Exhibit E), which are documents DeCurtis produced in this litigation, starting at the following Bates numbers: DeCurtis_01620106; DeCurtis_00255952; DeCurtis_00829417; DeCurtis_00807543; and DeCurtis_01891932.

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from the transcript of the December 12, 2021 deposition of Assa Abloy corporate representative Jon Engebretsen.

17. Attached hereto as Exhibit P is a true and correct copy of a document beginning with Bates number CARNIVAL00125646, which was produced by Carnival in this litigation.

18. Attached hereto as Exhibit Q is a true and correct copy of excerpts from the transcript of the October 22, 2021 deposition of Erik de la Iglesia.

19. Attached hereto as Exhibit R is a true and correct copy of March 31, 2022 rebuttal expert report of Erik de la Iglesia.

20. Attached hereto as Exhibit S is a true and correct copy of a document beginning with Bates number CARNIVAL00374690, which was produced by Carnival in this litigation.

21. Attached hereto as Exhibit T is a true and correct copy of a document beginning with Bates number CARNIVAL00124827, which was produced by Carnival in this litigation.

22. Attached hereto as Exhibit U is a true and correct copy of excerpts from the transcript (Volume 2) of the January 18, 2022 deposition of John Padgett.

23. Attached hereto as Exhibit V is a true and correct copy of a document beginning with Bates number DeCurtis_00773098, which was produced by DeCurtis in this litigation.

24. Attached hereto as Exhibit W is a true and correct copy of a document beginning with Bates number DeCurtis_00726714, which was produced by DeCurtis in this litigation.

25. Attached hereto as Exhibit X is a true and correct copy of Petition for *Inter Partes* Review submitted by DeCurtis in IPR2021-00783, concerning U.S. Patent 10,157,514.

26. Attached hereto as Exhibit Y is a true and correct copy of Patent Trial and Appeal Board's Decision denying institution of IPR2021-00783, concerning U.S. Patent 10,157,514.

27. Attached hereto as Exhibit Z is a true and correct copy of March 1, 2022 opening expert report of Markus Jakobsson.

28. Attached hereto as Exhibit AA is a true and correct copy of a compilation of documents cited in Paragraph 78 of de la Iglesia's opening report (Exhibit E), which are documents DeCurtis produced in this litigation, starting at the following Bates numbers: DeCurtis_00002229; DeCurtis_00002237; DeCurtis_00002241; DeCurtis_00002245; DeCurtis_00002274; DeCurtis_00002250; DeCurtis_00002254; DeCurtis_00002407; DeCurtis_01987959.

29. Attached hereto as Exhibit AB is a true and correct copy of an email and attachment beginning with Bates number DeCurtis_01674193, which was produced by DeCurtis in this litigation.

30. Attached hereto as Exhibit AC is a true and correct copy of is a true and correct copy of March 1, 2022 opening expert report of Matthew B. Shoemake.

31. Attached hereto as Exhibit AD is a true and correct copy of a document beginning with Bates number DeCurtis_00002177, which was produced by DeCurtis in this litigation.

32. Attached hereto as Exhibit AE is a true and correct copy of a document beginning with Bates number NCL-008160, which was produced by NCL in this litigation.

33. Attached hereto as Exhibit AF is a true and correct copy of Project Ocean Capital Authorization Request, beginning with Bates number CARNIVAL00000424, which was produced by Carnival in this litigation.

34. Attached hereto as Exhibit AG is a true and correct copy of Carnival-DeCurtis Statement of Work No. 1, beginning with Bates number CARNIVAL00000265, which was produced by Carnival in this litigation.

35. Attached hereto as Exhibit AH is a true and correct copy of Carnival-Level 11 MSA dated August 22, 2014, beginning with Bates number CARNIVAL00017597, which was produced by Carnival in this litigation.

36. Attached hereto as Exhibit AI is a true and correct copy of Carnival-DeCurtis July 23, 2014 email exchange, beginning with Bates number DeCurtis_00168946, which was produced by DeCurtis in this litigation.

37. Attached hereto as Exhibit AJ is a true and correct copy of Carnival-DeCurtis MSA dated July 24, 2014, beginning with Bates number CARNIVAL00000270, which was produced by Carnival in this litigation.

38. Attached hereto as Exhibit AK is a true and correct copy of Carnival's MSAs § 4.4 with its core vendors: Level 11, TE2, Matter, Ophir, Nytec, Digital Kitchen, XPO Logistics, UIEvolution and WOW! Works, beginning with, respectively, Bates number, TE2-000762, CARNIVAL00066606, CARNIVAL00054255, CARNIVAL00017622, CARNIVAL00055225, CARNIVAL00070525, CARNIVAL00069815, and CARNIVAL00056535, which were produced in this litigation.

39. Attached hereto as Exhibit AL is a true and correct copy of February 25, 2016 Carnival-Level 11 Component Purchase and License Agreement, beginning with Bates number CARNIVAL00064390, which was produced by Carnival in this litigation.

40. Attached hereto as Exhibit AM is a true and correct copy of DeCurtis-Level 11 MSA dated April 30, 2018, beginning with Bates number DeCurtis_01962525, which was produced by DeCurtis in this litigation.

41. Attached hereto as Exhibit AN is a true and correct copy of a February 20, 2020 letter from T. Vann Pearce to DeCurtis Corporation.

42. Attached hereto as Exhibit AO is a true and correct copy of a March 12, 2020 letter from David Gustman to T. Vann Pearce.

43. Attached hereto as Exhibit AP is a true and correct copy of an e-mail chain between T. Vann Pearce and David Gustman, among others.

44. Attached hereto as Exhibit AQ is a true and correct copy of excerpts from the transcript of the January 12, 2022 deposition of Glenn Curtis.

45. Attached hereto as Exhibit AR is a true and correct copy of a document beginning with Bates number DeCurtis_01729308, which was produced by DeCurtis in this litigation.

46. Attached hereto as Exhibit AS is a true and correct copy of a document beginning with Bates number NCL-009284, which was produced by NCL in this litigation.

47. Attached hereto as Exhibit AT is a true and correct copy of a document beginning with Bates number DeCurtis_02006495, which was produced by DeCurtis in this litigation.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 25th day of April 2022 in Los Angeles, California.

                                                */s/ Patrick T. Schmidt*
                                                 Patrick T. Schmidt

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2022, I filed the foregoing Declaration of Patrick T. Schmidt in Support of DeCurtis LLC's and DeCurtis Corporation's Motion for Summary Judgment via CM/ECF which will serve all attorneys of record.

By: <u>/s/ Jason P. Stearns</u><br>One of their attorneys