**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-22945-SCOLA/TORRES**

DECURTIS LLC,

                    Plaintiff,

     v.

CARNIVAL CORPORATION,

                 Defendant.

---

CARNIVAL CORPORATION,

                    Plaintiff,

     v.

DECURTIS CORPORATION and
DECURTIS LLC,

                 Defendants.

---

**CARNIVAL CORPORATION'S NOTICE OF FILING EXHIBITS**

       Carnival Corporation, by and through its undersigned counsel, hereby files the following exhibits in support of Carnival's Motion for Summary Judgment, Statement of Material Facts in Support of its Motion for Summary Judgment, and *Daubert* Motion to Strike, Limit, or Exclude Certain Expert Testimony and Memorandum of Law in Support Thereof.

1. Declaration of Diana Fassbender with Exhibits 1-128 thereto;

2. Declaration of Mary Coleman;

3. Declaration of Erik de la Iglesia.

Dated:  April 25, 2022                    RESPECTFULLY SUBMITTED,


By: */s/ Diana Marie Fassbender*
     Diana Marie Fassbender
     Florida Bar No. 0017095
     dszego@orrick.com

Steven J. Routh (*pro hac vice*)
T. Vann Pearce, Jr. (*pro hac vice*)
Eileen M. Cole (*pro hac vice*)
Jay Jurata (*pro hac vice*)
Emily Luken (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center, 1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel: (202) 339-8533

**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, FL  33131
Phone: (305) 416-6880
Facsimile: (305) 416-6887
Jorge Espinosa
Fla. Bar No.  779032
jorge.espinosa@gray-robinson.com
Robert R. Jimenez
Fla. Bar. No. 72020
robert.jimenez@gray-robinson.com

Robert L. Uriarte (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 289-7105

Olivia Clements (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000

Johannes Hsu (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street
Suite 1100
Irvine, CA 92614-8255

Tel: (949) 567-6700

David R. Medina (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street
Suite 3200
Los Angeles. CA 90017-5855
Tel: (213) 629-2020


Sheryl Garko (*pro hac vice*)
Laura Najemy (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street
Suite 2000
Boston, MA  02116
(617) 880-1800

*Attorney for Plaintiff/Counterclaim Defendant*
*Carnival Corporation*