# Exhibit 11

| | |
|---|---|
| **From:** | David DeCurtis <david@decurtis.com> |
| **Sent:** | Friday, June 23, 2017 4:46 AM |
| **To:** | Jitendra Kumar. Pardasani </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b030ee11ebed477cb95b2f7dd1a0db69-jitendra.pardasani@decurtis.com> |
| **Subject:** | Re: Gangway!!!!!! |

I didn't cancel the demo. I combined it with MAS and talked my way around the obvious functional omissions of gangway. I moved quickly through gangway and focused on MAS.

The information you provided below sounds good, but there continues to be a leadership problem that we have to fix. How many times have you heard me say "use the existing apps as a blueprint"? This direction was ignored with gangway, ARS, and check-in. I got very upset with ARS and yet you guys did exactly the thing with gangeay. How is that possible? What part did you not understand? Take the CCL code and replicate it out new platform. That's it. Why I am still seeing garbage prototypes a year after I gave this simple direction?  It's inexcusable.

If there is one single applicable feature in Quick that you guys did not port into the new embarkation apps, then you have failed to follow my direction. It is the little things that represent our value - our deep knowledge of cruise. You are throwing that away by ignoring my direction.

I also asked for the plumbing to built asap such as authentication, authorization, control device mode &content, device mode scheduling, controlling modules in apps, etc. That was 3-4 months ago. I have seen zero progress. If we don't nail down this core functionality that strings everything together, we will fail.

I said almost a year ago - stop building prototypes and start building code. Yet every day I see updates about L1 and wirefranes.

We are 2-years past CSP.  We were supposed to done in production with all that code by now. I know we had set backs, but it is not an excuse for the slow pace that we still have and the complete disregard for my direction. Now that the contracts are finally getting finalized, I am going to focus more attention on this, but I should not have to! You should be organizing the team into product teams that are each following a functional blueprint from our exciting products and translating in the DXP platform. We should be cranking out code at an incredible rate. Nothing less is going to lead to success. We now have exactly 2 years left to get to full production testing.

This gives me great concern because there are so many areas that we have not even started. It took you almost 2 years to build just SeaEntry instead of 3 months.  So to build 50 products in 2 years is going to require building a frame that all modules can reuse and very rapidly achieve maturity.

I have great concern about TV control, tv content, wayfinding, voice communication, room control, crew management, housekeeping, and so on. These are things we have never done before and were making very little or no progress.

Help me feel better. I want so desperately to reward you but you have to start meeting your commitments and getting this team on track. Nothing will make me happier then to start celebrating our progress and rewarding your leadership.

---

**From:** Jitendra Kumar. Pardasani
**Sent:** Jun 22, 2017 11:52 PM
**To:** David DeCurtis
**Subject:** RE: Gangway!!!!!!

It's terrible that you have to cancel demo to Vv. All the below listed functionality is in pipeline for team. Team has clear direction of maintaining 100% compatibility with SeaEntry and going beyond that.

Team is currently focused on backend improvements where they have to detach all four modes (Airport, Validate, Assisted Check-in, Gangway) of Embarkation from Lab Service and now they are 90% complete and ready to work on UI functionality from next month onwards. Backend framework is now ready that includes Couch base server and Couch base Lite (client DB), team is planning to demo all this by this month end that includes Offline Support, Multi-theme, Multi-language and detachment from Lab service.

Team will work on revised mockups and come up with design that's clear, obvious, visually prominent, fast, touch friendly and all other criteria you listed yesterday.

---

**From:** David DeCurtis
**Sent:** Wednesday, June 21, 2017 8:38 PM
**To:** Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>
**Subject:** Gangway!!!!!!
**Importance:** High

JP,

I got a demo of Gangway and I may have to cancel the demo to VV. It is embarrassing. I don't know where to start. It is an absolutely an AWFUL gangway app. It does NOTHING that a gangway needs to do. Searching for a guest takes me to GREETER which has no ability to onboard/ashore the guest. It does not show the party members, gangway history, authorization, recent transactions, etc. IT HAS VIRTUALLY NONE OF THE CAPABILITIES OF CCL GANGWAY which is what I told you guys to use as your blueprint over a year ago.

Here was my experience using Gangway. Search a GUEST, click their name in the list, GET GREETER!!!, hit NEXT, get VALIDATE!!!!!! No gangway features anywhere in the gangway app unless I use nearby and even those are HORRIBLE.

I am so unbelievable disappointed and concerned. Who is running this? Who thinks that Greeter and Validate are Gangway features? Who decide to NOT show sailors party and allow onboard/ahore of party members, to NOT allow drill down to guest details, to eliminate gangway history and other relevant guest data, to not allow a guest to be set ASHORE!!!!!!!

Fix this!!!

David

DeCurtis_00670680