# Exhibit 12

| | |
|---|---|
| From: | Lalit Bhatia <lalit.bhatia@decurtis.com> |
| Sent: | Monday, December 19, 2016 1:18 PM |
| To: | Ritesh Yadav </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=84c7e4fac6a9486eb37a945ae02ad714-ritesh.yadav@decurtis.com>; Omprakash Choudhary <omprakash.choudhary@decurtis.com>; Apurva Saxena </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a568d3de0ea84d2ba859d7dea1273b16-apurva.saxena@decurtis.com> |
| Subject: | RE: Action Needed: MI6 Reference Audit |

Hi Ritesh,

I have checked the code for 4K application and it is clean and no reference of carnival and its abbreviation exists now.
I have checked 4K app and Windows Shell.

Thanks,
Lalit

---

**From:** Ritesh Yadav
**Sent:** 19 December 2016 18:21
**To:** Lalit Bhatia <lalit.bhatia@decurtis.com>; Omprakash Choudhary <omprakash.choudhary@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Subject:** RE: Action Needed: MI6 Reference Audit

Update?

---

**From:** Ritesh Yadav
**Sent:** 15 December 2016 12:17
**To:** (lalit.bhatia@decurtis.com) <lalit.bhatia@decurtis.com>; Omprakash Choudhary <omprakash.choudhary@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Subject:** FW: Action Needed: MI6 Reference Audit

Guys,

Please do internal audit of your projects on top priority to discover the references of CSP. We need to clear all such stuff from MI6 projects.

Do send me confirmation that all unwanted stuffs are cleared.

Thanks,
Ritesh Yadav

---

**From:** Jim Learish
**Sent:** 15 December 2016 01:46
**To:** Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; _GMs <_GMs@decurtis.com>
**Cc:** David DeCurtis <david@decurtis.com>; Derek Fournier <derek.fournier@decurtis.com>; Mark Clennon <mark.clennon@decurtis.com>; Jenn Revilla <jenn.revilla@decurtis.com>
**Subject:** Action Needed: MI6 Reference Audit

Hello All,
I opened a some of the config files for the 4K POC and I was surprise to find references to files or directories with names "CSP" and "Carnival-Lab". While it is appropriate for us to reuse and repurpose programming assets that we own, it is totally inappropriate for us to reference competitor names and especially problematic when they are listed in plain text files.

What can we do to audit and rename everything to use DXP standard naming conventions?

Thanks,
Jim

---



**Jim Learish**
**Vice President, Service Delivery**
DeCurtis Corporation
jim.learish@decurtis.com
+1 919.749.2526