# Exhibit 16


Safety and Security · Operational Efficiency · Guest Experience
https://www.decurtis.com/

WE CAN ASSIST IN MITIGATING THE SPREAD OF ILLNESS

decurtis corporation

MENU 

# DeCurtis Corporation provides technology solutions that improve health, safety and security, operational efficiency and guest experience.



Land — Municipalities, Healthcare, Schools, Entertainment Venues, Hotels, Resorts and Hospitality
VISIT LAND >

Sea — Cruise Lines, River Ships, Luxury Excursion Tours and Offshore Platforms
VISIT SEA >

By focusing on these three pillars, DeCurtis can assist clients in increasing safety and security, driving new revenue streams and enhancing the overall guest experience. The DeCurtis Experience Platform™ powers all of our solutions and turns any indoor space into a location-aware environment aimed at increasing health and safety while efficiently transforming the guest experience.

### HEALTH, SAFETY & SECURITY
DeCurtis strives to keep employees and guests safe with our state-of-the-art technology. All guest and staff health and safety are non-optional; therefore, the duty of care must be reinvented. We believe in bringing the best preventative screening measure to our clients without taking away from the guest experience.

### OPERATIONAL ENHANCEMENT
Unlocking data leads to informed real-time decisions to increase operational efficiencies. With our solutions, clients can reduce the number of steps in a transaction, deploy resources intelligently based on real-time location data and streamline modifications to staffing or processes.

### EXPERIENCE EVOLUTION
DeCurtis provides enhanced guest experiences and that experience starts with how we work with our clients. Significantly improved guest experiences drive brand value, increase loyalty and capture new customers, ultimately generating more revenue.

## Learn more about the DXP™ Suites


DECURTIS SHIELD™


MOBILE ASSEMBLY SUITE


MOBILE ASSEMBLY SUITE LAND


SUSPICIOUS ACTIVITY SEARCH


DYNAMIC DELIVERY SUITE


FOOD & BEVERAGE SUITE


LOCATION SOLUTION


HARDWARE, WEARABLES & FULFILLMENT

ALL SUITES >













CARNIVAL00756077