# Exhibit 53



JASON P. STEARNS
Partner

**FREEBORN & PETERS LLP**
*Attorneys at Law*
One Tampa City Center
201 North Franklin Street, Suite 3550
Tampa, FL 33602

(813) 488-2926 direct

jstearns@freeborn.com

www.freeborn.com

February 24, 2020

T. Vann Pearce
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

**VIA E-MAIL AND CERTIFIED MAIL,
RETURN RECEIPT REQUESTED
NO. 7015 1730 0001 8691 9181**

Re:   Carnival's Request for Audit

Dear Mr. Pearce:

We are in receipt of your letter of February 20, 2020, requesting an audit under Section 3.4 of the July 24, 2014, Master Service Agreement ("MSA"). Section 3.4 of the MSA does not provide for your requested audit. Accordingly, at this time DeCurtis declines the requested audit.

DeCurtis will consider an audit under more confined terms. For example, your current request extends beyond the bounds of the MSA to include any device or system that uses Bluetooth Low Energy. Further, just as DeCurtis has maintained and still does maintain the confidentiality of Carnival's Confidential Information, DeCurtis must maintain the confidentiality of information from third parties whose information you have requested. DeCurtis is unable to agree to any audit that would require DeCurtis to improperly disclose confidential information to an auditor.

We also wish to remind you that Section 4.4 of the MSA allows DeCurtis the "unencumbered right to use general knowledge, know how, experience or the skill (and for the avoidance of doubt without the aid of written materials of any type produced in connection herewith) gained while providing Services under [the MSA] for the purpose of executing projects for other [DeCurtis] clients." In providing services to DeCurtis' clients, DeCurtis has maintained the confidentiality of any Carnival Confidential Information provided under the MSA.

Sincerely,

FREEBORN & PETERS LLP

Jason P. Stearns

JPS:ck
*[Signed in Jason P. Stearns' absence to avoid delay]*

Chicago, IL • New York, NY • Richmond, VA • Springfield, IL • Tampa, FL

CARNIVAL00015237