# EXHIBIT 107

| | |
|---|---|
| **From:** | Akash Uday <akash.uday@decurtis.com> |
| **Sent:** | Friday, March 16, 2018 4:54 PM |
| **To:** | Derek Fournier </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bbf6e5443a1741528bb7536fb1fe7824-derek.fournier@decurtis.com>; Apurva Saxena </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a568d3de0ea84d2ba859d7dea1273b16-apurva.saxena@decurtis.com> |
| **Cc:** | Sunil K. Gupta <sunil.gupta@decurtis.com>; Aman Rathi <aman.rathi@decurtis.com>; Harendra Singh <harendra.singh@decurtis.com>; _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b030ee11ebed477cb95b2f7dd1a0db69-jitendra.pardasani@decurtis.com>; Nishith Bhatnagar <nishith.bhatnagar@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com> |
| **Subject:** | RE: NCL On Prem Release \| Gangway Admin \| MAS |

Sure Derek.

---

**From:** Derek Fournier
**Sent:** Friday, March 16, 2018 10:15 PM
**To:** Apurva Saxena <apurva.saxena@decurtis.com>; Akash Uday <akash.uday@decurtis.com>
**Cc:** Sunil K. Gupta <sunil.gupta@decurtis.com>; Aman Rathi <aman.rathi@decurtis.com>; Harendra Singh <harendra.singh@decurtis.com>; _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Nishith Bhatnagar <nishith.bhatnagar@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com>
**Subject:** Re: NCL On Prem Release \| Gangway Admin \| MAS

Catch phrases and brand specific content must be searched for and scrubbed if it is not already moved to the theming pieces.

---

**From:** Apurva Saxena
**Sent:** Friday, March 16, 2018 12:42 PM
**To:** Akash Uday
**Cc:** Sunil K. Gupta; Aman Rathi; Harendra Singh; _DMG; QCTeam; BATeam; _DXPLeads; _emtj; _ITT; Jitendra Kumar. Pardasani; Nishith Bhatnagar; Megha Agrawal; Valli Aluri; Derek Fournier; Keri Ramos
**Subject:** Re: NCL On Prem Release \| Gangway Admin \| MAS

Faster to Fun needs to be removed before release.

Sent from my iPhone

On Mar 16, 2018, at 12:25, Akash Uday <akash.uday@decurtis.com> wrote:

> Thanks for Valuable feedback Sunil. We will work on these.
>
> ---
> **From:** Sunil K. Gupta
> **Sent:** Friday, March 16, 2018 9:14 PM
> **To:** Akash Uday <akash.uday@decurtis.com>; Aman Rathi <aman.rathi@decurtis.com>; Harendra Singh <harendra.singh@decurtis.com>
> **Cc:** _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Nishith Bhatnagar <nishith.bhatnagar@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Derek Fournier <derek.fournier@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com>
> **Subject:** RE: NCL On Prem Release \| Gangway Admin \| MAS
>
> Hi Team,
> I completed sanity check covering below functionalities:
>
> - Login
> - Dashboard
> - Create Alert
> - Create Message
> - Create Visitor
> - Reports
> - Searching, Assign/Unassigned Duty
>
> On high level, everything looks Okay to me but we have to fix few obvious usability and data issues in next release then we will be in better phase. For now, I am not mentioning these to NCL.
>
> Please see some quick findings, I will be logging these in JIRA later on:

DeCurtis_00329968

| Summary | Description | Sever |
|---|---|---|
| Faster To Fun is a Carnival Terminology | Faster To Fun is a Carnival Terminology, kindly remove this from View Guest page | 2 - Hi |
| Known Issue: Guest Manifest Report: Onboard Count is incorrect | Comparing Report Count vs Dashboard Count | 2 - Hi |
| Known Issue: Crew Manifest Report: Ashore Count is incorrect | Comparing Report Count vs Dashboard Count | 2 - Hi |
| Cabin should be displayed instead of Stateroom | Currently Stateroom is displayed on multiple places. | 3 - Medi |
| Notes are disappearing from Visitor's profile | Notes are getting disappeared once User comes back on Visitor profile again | 3 - Medi |
| Usability: Middle Name is of no use in Visitors report if that field is not present on Create Visitor UI. | Usability: Middle Name is of no use in Visitors report if that field is not present on Create Visitor UI. | 3 - Medi |
| User is not able to search by name if name has space within it | For example, Crew name: Dela Cruz, Fnu but User is not able to search by Dela Cruz | 3 - Medi |
| Current Timing on Dashboard is showing 1 hour earlier to my local time | Current Timing on Dashboard is showing 1 hour earlier to my local time | 3 - Medi |
| Usability: Need to use Booking No. or Reservation No. | Embarkation uses Reservation number, should be consistent across the apps. | 4 - Lo |
| Logout Pop Up: Image Placeholder is clickable | There is no point for clicking placeholder to show logout again. | 4 - Lo |
| Date format needs to be same either mm/dd/yyyy or mm-dd-yyyy | Date format needs to be same either mm/dd/yyyy or mm-dd-yyyy. Compare between Alerts List and Dashboard or look at the bottom | 4 - Lo |

Thanks & Regards
Sunil Gupta

---

**From:** Sunil K. Gupta
**Sent:** Friday, March 16, 2018 10:41 AM
**To:** Abhishek Mathur <abhishek.mathur@decurtis.com>
**Cc:** _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Nishith Bhatnagar <nishith.bhatnagar@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Derek Fournier <derek.fournier@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com>
**Subject:** RE: NCL On Prem Release | Gangway Admin | MAS

Thanks Abhishek, had a cursory look, this looks better to me.

Now kicking off Sanity Testing of Gangway Admin.

Thanks & Regards
Sunil Gupta

---

**From:** Abhishek Mathur
**Sent:** Friday, March 16, 2018 10:34 AM
**To:** Sunil K. Gupta <sunil.gupta@decurtis.com>
**Cc:** _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Nishith Bhatnagar <nishith.bhatnagar@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Derek Fournier <derek.fournier@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com>
**Subject:** RE: NCL On Prem Release | Gangway Admin | MAS

Hi Sunil,

Based on your feedback , I made the amendments for the release notes, to be **sent to client.** Below are the links for the same:
MAS Release Notes
Gangway Admin Release Notes

( If you have some naming convention to be assigned to release notes, meant for client, let me know.)

You already have a copy of the internal release notes with you which has all the details. I have done the following changes in the above ones:

1. Bug Fixes section- Removed
2. Known Issues section-  Removed
3. Reference Documents - Removed the link and added the document as attachments
4. Change History- I removed this section. I don't think client would need it.
5. Contact Us- I have not made any changes to this section but if we are sending this to client than this section must have your name or the respective onsite team member's name who is associated with this application, for delivery. Please see to it.

Below are my responses:

**MAS Release**:

- Did a quick Sanity check, I was able to search and capture crew. Could not test much
- No Test Results in Release Notes, we agreed earlier that we need to give Test Results to Client while doing Releases- Done

- There are Internal Links of JIRA, Confluence and Storage, NCL has nothing to do with those. please correct them- ==removed and attached the docs within the release notes.==

I will see if we can release it to NCL.

**Gangway Admin Release**:

- Did a quick Sanity check, Release Note was totally different than UI what is shown currently- ==I believe you already had a discussion with Nishith on this. Please use the credentials, provided in the release notes for correct access.==
- We are giving Gangway Admin 1st time to NCL, we have to have all features elaboration rather than just showing IPM- ==I have attached an updated Feature List within the release notes. User Manual is also attached. So, I believe you have everything to provide to NCL. ( Discussed with Megha on this to provide all these documents.)==
  Still , if some more information is needed , let me know.
- NCL does not need to do anything with our Internal Bugs, kindly remove them- ==Removed.==
- Cannot release with over 20 bugs/known issues, as explained earlier rather than listing all bugs, we need to write up a summary in Test Results- ==Done==
- There are Internal Links of JIRA, Confluence and Storage, NCL has nothing to do with those. please correct them- ==removed and attached the docs within the release notes.==

**NOTE:** The attachments within the documents, make the documents heavy and are not an ideal way to deliver to client. So, I would suggest that if you have a client repository with you, whose access can be provided here to the teams, then setups, documents, builds etc can be uploaded there and their respective links can be inserted in the release notes, meant for client. Megha mentioned that you already have access to one such repository and can provide the same to us. Please see to it and advise, if this can be done.

Regards,
Abhishek

---

**From:** Sunil K. Gupta
**Sent:** Friday, March 16, 2018 1:41 AM
**To:** Nishith Bhatnagar <nishith.bhatnagar@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Derek Fournier <derek.fournier@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com>
**Cc:** _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>
**Subject:** RE: NCL On Prem Release | Gangway Admin | MAS

Hi Nishith,
Thanks for release, please see my quick feedback.

**MAS Release**:

- Did a quick Sanity check, I was able to search and capture crew. Could not test much
- No Test Results in Release Notes, we agreed earlier that we need to give Test Results to Client while doing Releases
- There are Internal Links of JIRA, Confluence and Storage, NCL has nothing to do with those. please correct them

I will see if we can release it to NCL.

**Gangway Admin Release**:

- Did a quick Sanity check, Release Note was totally different than UI what is shown currently
- We are giving Gangway Admin 1st time to NCL, we have to have all features elaboration rather than just showing IPM
- NCL does not need to do anything with our Internal Bugs, kindly remove them
- Cannot release with over 20 bugs/known issues, as explained earlier rather than listing all bugs, we need to write up a summary in Test Results
- There are Internal Links of JIRA, Confluence and Storage, NCL has nothing to do with those. please correct them

Please send me correct Gangway Admin package then will only be able to do NCL release. @Nishith Bhatnagar, kindly get in touch with Team & revert accordingly.

Thanks & Regards
Sunil Gupta

---

**From:** Nishith Bhatnagar
**Sent:** Thursday, March 15, 2018 2:40 PM
**To:** Apurva Saxena <apurva.saxena@decurtis.com>; Sunil K. Gupta <sunil.gupta@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Derek Fournier <derek.fournier@decurtis.com>; Keri Ramos <keri.ramos@decurtis.com>
**Cc:** _DMG <_dmg@decurtis.com>; QCTeam <QCTeam@decurtis.com>; BATeam <BATeam@decurtis.com>; _DXPLeads <_DXPLeads@decurtis.com>; _emtj <_emtj@decurtis.com>; _ITT <_itt@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>
**Subject:** NCL On Prem Release | Gangway Admin | MAS

Hi All,

We have release below applications on NCL QA On Prem Environment.
- Gangway Admin
- MAS

Also we have update Setup, URL & Release note of both Applications on Below Confluence link.

[Shipboard](#)

Please let me know in case you need any additional information.

Thanks,
Nishith Bhatnagar

DeCurtis_00329971