# EXHIBIT 109

| | |
|---|---|
| **From:** | David DeCurtis <david@decurtis.com> |
| **Sent:** | Tuesday, July 28, 2015 1:24 PM |
| **To:** | Pooja Sharma <pooja.sharma@decurtis.com> |
| **Cc:** | Jitendra Kumar. Pardasani </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=b030ee11ebed477cb95b2f7dd1a0db69-jitendra.pardasani@decurtis.com>; Akash Uday </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab24a773aaee45f0bf58fa4c2663a3bd-akash.uday@decurtis.com>; Omprakash Choudhary <omprakash.choudhary@decurtis.com>; Derek Fournier </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bbf6e5443a1741528bb7536fb1fe7824-derek.fournier@decurtis.com>; Valli Aluri <Nagavalli.A.Aluri@decurtis.com>; Jim Learish <jim.learish@decurtis.com>; Seema Nair </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8142d405ed9840c29d394ebb95ac304f-seema.nair@decurtis.com>; Megha Agrawal <megha.agrawal@decurtis.com> |
| **Subject:** | Re: Greeter App running offline |

Sounds good, thanks

---

**From:** Pooja Sharma
**Sent:** Jul 28, 2015 8:24 AM
**To:** David DeCurtis
**Cc:** Jitendra Kumar. Pardasani; Akash Uday; Omprakash Choudhary; Derek Fournier; Valli Aluri; Jim Learish; Seema Nair; Megha Agrawal
**Subject:** RE: Greeter App running offline

Hi David,

As requested, we have prepared flow for F&B Guest (here and now) stand-alone app and F&B Crew (this is already a native iOS app).

We will make below updates to this flow-
1. **F&B Guest (Here and Now) app**-
   - Remove reference for carnival i.e. BG image and Compass
   - Remove Ocean framework screens/compass references
   - Hardcode guest images for Login who would be David, Derek and Angela.
2. **F&B Crew app-**
   - Remove carnival reference from Splash and login screen
3. **Common** update for both apps-
   - Expose CSP WebService and database on dci server for both applications so that they can communicate.

We can update and release both F&B Crew and Guest application as per the flow described in the PPTs by Friday, 31st July EoD.

Please let us know if you require any other updates to the flow or see any concerns with this plan.

Thanks.

Regards,
Pooja

**From:** David DeCurtis
**Sent:** Tuesday, July 28, 2015 8:27 AM
**To:** Valli Aluri
**Cc:** Jitendra Kumar. Pardasani; Akash Uday; Derek Fournier; Jim Learish
**Subject:** Re: Greeter App running offline

Team,

The next piece of this puzzle is to make Here&Now work with no other apps on the UI - like it was it was its own app - both guest and crew apps

If possible, it would be great to work with no server just like greeter. Otherwise we will need a sever that is on the internet with NO complications like database access.

All references to carnival must be removed.

How long for this?

---

**From:** Valli Aluri
**Sent:** Jul 27, 2015 9:54 AM
**To:** David DeCurtis
**Cc:** Jitendra Kumar. Pardasani; Akash Uday; Derek Fournier; Jim Learish
**Subject:** RE: Greeter App running offline

Sure will get it done.

Thanks
Valli

---

**From:** David DeCurtis
**Sent:** Monday, July 27, 2015 9:54 AM
**To:** Valli Aluri
**Cc:** Jitendra Kumar. Pardasani; Akash Uday; Derek Fournier; Jim Learish
**Subject:** Re: Greeter App running offline

It is not urgent, but sometime this week please.

---

**From:** Valli Aluri
**Sent:** Jul 27, 2015 9:51 AM
**To:** David DeCurtis
**Cc:** Jitendra Kumar. Pardasani; Akash Uday; Derek Fournier; Jim Learish
**Subject:** RE: Greeter App running offline

Sure Dave, I will get in touch with offshore if I have any questions on this. For me to planning when is the earliest you are looking for test results?

Thanks
Valli

---

**From:** David DeCurtis
**Sent:** Friday, July 24, 2015 10:49 AM
**To:** Valli Aluri
**Cc:** Jitendra Kumar. Pardasani; Akash Uday; Derek Fournier; Jim Learish
**Subject:** FW: Greeter App running offline

Valli,

When you get some time, please download this app and test it. The primary function is to see that my face appears when the ios device gets close (within 20f approx) and my face disappears when the ios leaves the room (farther than 20ft approx)

See below thread.

---

**From:** Omprakash Choudhary
**Sent:** Friday, July 24, 2015 9:16 AM
**To:** David DeCurtis <david@decurtis.com>
**Cc:** Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Akash Uday <akash.uday@decurtis.com>
**Subject:** Re: Greeter App running offline

Hello David,

As per company name changes, we have removed '**Carnival Reference**' from all the screens and below are the details for updated version(1.0.0.41) of Greeter.

**Build Details:**
- **App Version** – 1.0.0.41
- **OTA Link for IPA file**(Attached is the QR code for the same URL)**:**
    - https://dl.dropboxusercontent.com/s/0uu16g3br1k9zmr/index.html

**Known Issue:**
- Since there was an issue in '**Activity drop down**' under Itinerary tab in Guest details. We have disabled that for now.

Thanks & Regards
**Om Prakash Choudhary | iOS Team Lead**
DeCurtis Corporation
omprakash.choudhary@decurtis.com
+91-9983333193

---

**From:** Om Prakash <omprakash.choudhary@decurtis.com>
**Date:** Thu, 23 Jul 2015 21:14:29 +0530
**To:** David DeCurtis <david@decurtis.com>
**Cc:** Jitendra Pardasani <jitendra.pardasani@decurtis.com>, Akash Uday <akash.uday@decurtis.com>
**Subject:** Re: Greeter App running offline

Hello David,

We have made all changes except the '**Company name**'(Right now just removed Ocean logo and Carnival references from some screens, Still Print bag screen and Guest details screen have references for 'Carnival') change. Below are the details for build.

**Build Details:**
- **App version** – 1.0.0.4
- **IPA Details:**
  - **Build OTA Link**(Attached is the QR code for the same URL)**:** https://dl.dropboxusercontent.com/s/dc7gk44n5mu3pms/index.html

**Beacon Board casting:**
I have already tried '**Locate Android**' app at my Nexus-5 device but '**Beacon Transmitter**' button is disabled due to hardware limitation. This app will only run on Nexus-6 and Nexus-9 devices, which is right now not available at our end.

If you can use iPod as virtual beacon, we would suggest to use '**Locate**' app(highlighted in below mail chain) for your testing. Here is the list of all UUIDs, which Greeter app currently supports.
Using Locate app you can broadcast any of beacons from this list and app will start detecting virtual beacons. Steps for using 'Locate' app as virtual beacons are mentioned in attached document('**Locate-iOS-App-Guide.docx**').

| Sr No. | UUID |
|---|---|
| 1 | B9407F30-F5F8-466E-AFF9-25556B57FE6D |
| 2 | 8492E75F-4FD6-469D-B132-043FE94921D8 |
| 3 | 5AFFFFFF-FFFF-FFFF-FFFF-FFFFFFFFFFFF |
| 4 | C93C1EB6-8555-11E4-B116-123B93F75CBA |
| 5 | 00000000-0000-0000-0000-000000000000 |
| 6 | C93C21AE-8555-11E4-B116-123B93F75CBA |
| 7 | 52414449-5553-4e45-5457-4f524b53434f |

**Note**: To reset the beacon association, either use Log out button or re-launch application.

Thanks & Regards
**Om Prakash Choudhary | iOS Team Lead**
DeCurtis Corporation
omprakash.choudhary@decurtis.com
+91-9983333193

---

**From:** David DeCurtis <david@decurtis.com>
**Date:** Thu, 23 Jul 2015 20:12:34 +0530
**To:** Akash Uday <akash.uday@decurtis.com>, Om Prakash <omprakash.choudhary@decurtis.com>
**Cc:** Jitendra Pardasani <jitendra.pardasani@decurtis.com>
**Subject:** Re: Greeter App running offline

Try using this one:
https://play.google.com/store/apps/details?id=com.radiusnetworks.locate

If that does not work, I can use an iPod to send the beacon.

---

**From:** Akash Uday
**Sent:** Jul 23, 2015 6:11 AM
**To:** David DeCurtis; Omprakash Choudhary
**Cc:** Jitendra Kumar. Pardasani
**Subject:** RE: Greeter App running offline

Hi David,

There is some problem in Om Prakash's machine that's why he is not able to send complete mail.

Please find below the mail that he wants to send to you.
---------------------------------------------
Hello David,

Please ignore last two emails, there is an issue with outlook at my end.

Thanks for confirmation regarding the logic.

As per android application, If you are already using any android app to make device as virtual beacon, Please share the link with us. We will try to extract the UUIDs used by that app and will hardcode that in our application.
We tried to find an android application for this purpose at our end but apps found so far can only be run on Nexus-6 and Nexus-9 devices, since there is a hardware limitations (BLE 4.1 is required to make android device as virtual beacon). We don't have any of these device at our end for testing.

If there is no specific requirement for using android app for broadcasting, then you can use iOS device as virtual beacon as there are many apps for iOS which can act as virtual beacon and allows to set custom beacon Id. Even we can easily create our own app for this purpose.

**References:**
- https://community.estimote.com/hc/communities/public/questions/202181767-Can-an-android-phone-be-set-up-as-a-virtual-beacon-
- http://developer.radiusnetworks.com/2014/11/18/beacon-transmission-with-android-5.html

**Android Apps:**

- https://play.google.com/store/apps/details?id=com.uriio
- https://play.google.com/store/apps/details?id=com.radiusnetworks.quickbeacon
- https://play.google.com/store/apps/details?id=com.radiusnetworks.locate

**iOS App:**
- https://itunes.apple.com/in/app/locate-beacon/id738709014?mt=8
- https://itunes.apple.com/in/app/estimote/id686915066?mt=8
- https://itunes.apple.com/in/app/beacon-broadcaster/id741239984?mt=8
- https://itunes.apple.com/in/app/beaconator/id821843663?mt=8

Thanks & Regards
**Om Prakash Choudhary | iOS Team Lead**
DeCurtis Corporation
omprakash.choudhary@decurtis.com
+91-9983333193

---------------------------------------------

Thanks,
Akash

**From:** David DeCurtis
**Sent:** Thursday, July 23, 2015 8:51 AM
**To:** Omprakash Choudhary
**Cc:** Akash Uday; Jitendra Kumar. Pardasani
**Subject:** Re: Greeter App running offline

That logic will work but I need to be able to set the UUID in my Android using some app.

---

**From:** Omprakash Choudhary
**Sent:** Jul 22, 2015 8:38 AM
**To:** David DeCurtis
**Cc:** Akash Uday; Jitendra Kumar. Pardasani
**Subject:** Re: Greeter App running offline

Hello David,

We are planning to deliver these requirements in two phases.
- **Phase-1 (Planned for 23rd July)**
  - Support for Offline mode.
  - Support for detecting a guest through nearby proximity using offline guest data.
- **Phase-2 (Planned for 24th July)**
  - Will change/remove company name in the application wherever is required.

**Nearby Proximity Logic:**
To quickly achieve nearby proximity feature in offline, instead of providing a settings for beacons mapping, for now we can fix beacons association in a defined order. This fixed order will work as mentioned below.
- We will hardcode beacon's UUDI (company Id) in our application so that application will be able to detect any beacon from that company(or that app). This would be on time effort.
- On very first beacon detection, app will act that beacon as '**David**'s beacon and will show David in Nearby list.
- In case of second beacon detection, app will act that beacon as '**Angela McIntyre**'s beacon and will show '**Angela**' in Nearby list.
- For third beacon detection, app will show '**Derek**' in Nearby list.

Please let us know if you still want a setting page to explicitly map Beacon Ids with Guests.

**Beacon Detection Logic Dependency:**

Each beacon Id has a format '**<UUID>:<MAJOR>:<MINOR>**'. So UUID(company Id) for all beacons from a particular company would be same. Since major and minor values will change so these values will actually be associated with Guests.

Due to limitation of Beacon Library, any beacon in iOS can not be detected until unless it's UUID(company Id) is registered in the app. Once this company Id is registered, all beacons from that particular company will start detecting in iOS app. For example Estimote beacons will always have UUID '**B9407F30-F5F8-466E-AFF9-25556B57FE6D**' and once this UUID is registered in the application all beacons from Estimote company will start detecting in application.

**Please share company Ids for beacons(Either broadcasted from android app or actual beacons) which you are planning to use for this demo. Or please share the android app link which you are planning to use for broadcasting beacons. So that we can hardcode company ids in application to allow application to detect those beacons.**

Thanks & Regards
**Om Prakash Choudhary | iOS Team Lead**
DeCurtis Corporation
omprakash.choudhary@decurtis.com
+91-9983333193

---

**From:** David DeCurtis
**Sent:** 22 July 2015 12:03
**To:** Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>
**Cc:** Derek Fournier <derek.fournier@decurtis.com>; Jim Learish <jim.learish@decurtis.com>
**Subject:** Greeter App running offline

JP,

I need,a version of a greeter app on ipad that can run with no connection to a server.  I need to give demo to a new potential client.  This version should not have any company names OR replace the company name with "Shula's"

The purpose of the demo is to demonstrate bluetooth proximity, not the app itself. The demo will involve me placing the ipad on a table and walking in the room with my Android in my pocket broadcasting an ibeacon. When my phone gets near the table, my face should appear on the screen in the NearBy list. When I walk away, it should disappear. That's it.

The ibeacon attached to my record must be programmable either using the broadcast app in my Android, our by setting it in the greeter app. Either way is fine.

How quickly can I get this?

DeCurtis_00367651