# EXHIBIT 112

| | |
|---|---|
| **From:** | Vivek Agrawal <Vivek.agrawal@decurtis.com> |
| **Sent:** | Monday, August 10, 2015 6:11 AM |
| **To:** | Kuldeep Chejara <kuldeep.chejara@decurtis.com>; Apurva Saxena </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a568d3de0ea84d2ba859d7dea1273b16-apurva.saxena@decurtis.com> |
| **Cc:** | Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8142d405ed9840c29d394ebb95ac304f-seema.nair@decurtis.com>; Amit Gupta </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=44681297075b42f19e7873327fd571b6-amit.gupta@decurtis.com>; Akash Uday </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab24a773aaee45f0bf58fa4c2663a3bd-akash.uday@decurtis.com>; Deepak Bhatia </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f578898eb107493cbfdc0bf6063a6af1-deepak.bhatia@decurtis.com>; Ritesh Yadav </o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=84c7e4fac6a9486eb37a945ae02ad714-ritesh.yadav@decurtis.com>; Ishan Trivid <ishan.trivid@decurtis.com>; Rajesh Kumar Dhaka <rajesh.dhaka@decurtis.com> |
| **Subject:** | RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes |

Hi Kuldeep,

There is no update as of now. I am not working on this.

Thanks,
Vivek Agrawal

---

**From:** Kuldeep Chejara
**Sent:** 07 August 2015 PM 08:56
**To:** Vivek Agrawal <Vivek.agrawal@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Ishan Trivid <ishan.trivid@decurtis.com>; Rajesh Kumar Dhaka <rajesh.dhaka@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Vivek,

Gentle Reminder !

Thanks and Regards,
Kuldeep Chejara

---

**From:** Kuldeep Chejara
**Sent:** 06 August 2015 PM 08:57
**To:** Vivek Agrawal; Apurva Saxena
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Ishan Trivid; Rajesh Kumar Dhaka
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

HI Vivek,

Any update on this ?

Thanks and Regards,
Kuldeep Chejara

---

**From:** Vivek Agrawal
**Sent:** 06 August 2015 PM 05:28
**To:** Apurva Saxena
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Ishan Trivid; Rajesh Kumar Dhaka; Kuldeep Chejara
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Apurva,

Please suggest your availability for KT of logging solution.

Thanks,
Vivek Agrawal

---

**From:** Kuldeep Chejara
**Sent:** 06 August 2015 PM 04:34
**To:** Vivek Agrawal <Vivek.agrawal@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday

DeCurtis_00487736

<akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Ishan Trivid <ishan.trivid@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Rajesh Kumar Dhaka <rajesh.dhaka@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Vivek,

I have explained the required updates for Logging document based on the points mentioned in the MOM below. Now please have a discussion with Apurva for any kind of technical questions and then share the ETA for the same.

Thanks and Regards,
Kuldeep Chejara

---

**From:** Kuldeep Chejara
**Sent:** 06 August 2015 PM 03:46
**To:** Vivek Agrawal
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Ishan Trivid; Apurva Saxena; Rajesh Kumar Dhaka
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Okay, I'll come to you at 4.00 PM.

---

**From:** Vivek Agrawal
**Sent:** 06 August 2015 PM 03:45
**To:** Kuldeep Chejara
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Ishan Trivid; Apurva Saxena; Rajesh Kumar Dhaka
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

+ Rajesh

---

**From:** Vivek Agrawal
**Sent:** 06 August 2015 PM 03:45
**To:** Kuldeep Chejara <kuldeep.chejara@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Ishan Trivid <ishan.trivid@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Thanks Kuldeep! We are going through the document. Let's discuss at 4:00 PM

+ Rajesh

---

**From:** Kuldeep Chejara
**Sent:** 06 August 2015 PM 01:43
**To:** Vivek Agrawal <Vivek.agrawal@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Ishan Trivid <ishan.trivid@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Vivek,

Please find the attached document for Logging which is created earlier. We have update this as per the flow mentioned in the MOM below. Please go through this document first and let me know your available time, I'll come to you and explain everything.

Thanks and Regards,
Kuldeep Chejara

---

**From:** Vivek Agrawal
**Sent:** 06 August 2015 PM 01:40
**To:** Kuldeep Chejara
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Ishan Trivid; Apurva Saxena
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Kuldeep,

I am sending a meeting invite for understanding the task. I will work on efforts after that meeting share the revised ETA.

Thanks,
Vivek Agrawal

---

**From:** Kuldeep Chejara
**Sent:** 06 August 2015 PM 12:15

**To:** Vivek Agrawal <Vivek.agrawal@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Ishan Trivid <ishan.trivid@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Vivek,

Today we have an ETA for Logging document updates and a few other things related to this itself. Document updates should be based on the steps mentioned in the below email thread (highlighted in yellow).

Please have a look at the same and share the updates on it.

Thanks and Regards,
Kuldeep Chejara

---

**From:** Apurva Saxena
**Sent:** 03 August 2015 PM 07:03
**To:** Kuldeep Chejara; Ishan Trivid
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Vivek Agrawal
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

+Vivek

---

**From:** Kuldeep Chejara
**Sent:** 03 August 2015 16:36
**To:** Ishan Trivid <ishan.trivid@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Thanks for the updates, Ishan.

Please make sure that, the final version of this document should be shared with Deepak Sir today itself.

---

**From:** Ishan Trivid
**Sent:** 03 August 2015 PM 04:24
**To:** Kuldeep Chejara
**Cc:** Megha Agrawal; Seema Nair; Amit Gupta; Akash Uday; Deepak Bhatia; Ritesh Yadav; Apurva Saxena
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Kuldeep,

I am working on it.

Thanks,
Ishan Trivid

---

**From:** Kuldeep Chejara
**Sent:** Monday, August 03, 2015 3:03 PM
**To:** Ishan Trivid <ishan.trivid@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi Ishan,

Today we have an ETA for One Click Deployment document as highlighted (Yellow) in the email below. Please share the updates on the same, are we on track for this document ?

-JP

Thanks and Regards,
Kuldeep Chejara

---

**From:** Apurva Saxena
**Sent:** 31 July 2015 AM 11:50
**To:** Seema Nair; Amit Gupta; Akash Uday; Jitendra Kumar. Pardasani; Deepak Bhatia; Ritesh Yadav
**Cc:** Megha Agrawal; Kuldeep Chejara
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

DeCurtis_00487738

-Pooja
+Kuldeep

Hi All,

Apologies but the team is still very busy in tight deadlines of CCL adapters and Notification Service and that is why we need to update the ETAs, PSB the updated ETAs.

Best,
Apurva

---

**From:** Apurva Saxena
**Sent:** 24 July 2015 14:11
**To:** Pooja Sharma <pooja.sharma@decurtis.com>; Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi All,

PSB below the updated ETAs as we are busy in tight deadlines of CCL adapters and Notification Service.

Best,
Apurva

---

**From:** Pooja Sharma
**Sent:** 21 July 2015 11:38
**To:** Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>
**Subject:** RE: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi All,

PSB update for Action items assigned to TMs.

Thanks.

Regards,
Pooja

---

**From:** Pooja Sharma
**Sent:** Thursday, July 16, 2015 8:45 PM
**To:** Jitendra Kumar. Pardasani <jitendra.pardasani@decurtis.com>; Apurva Saxena <apurva.saxena@decurtis.com>; Deepak Bhatia <deepak.bhatia@decurtis.com>; Ritesh Yadav <ritesh.yadav@decurtis.com>
**Cc:** Megha Agrawal <megha.agrawal@decurtis.com>; Seema Nair <seema.nair@decurtis.com>; Amit Gupta <amit.gupta@decurtis.com>; Akash Uday <akash.uday@decurtis.com>
**Subject:** Re: MOM |COAP | Logging Implementation Document and Video- Suggestions and Changes

Hi All,

**Meeting Attendees**- Jitendra Pardasani, Apurva Saxena, Pooja Sharma, Ritesh Yadav, Deepak Bhatia
**Planned Time**- 6:00 - 6:30 PM
**Actual Time**- 6:00- 6:30 PM

**Notes**-
We discussed on the logging documents and the updates required to make it more from the perspective of DeCurtis reusable feature and more organized and understandable. Below are few suggestions which we need to update in the document

1. We need to minimize the number of steps mentioned in the document to make it more understandable. The order of implementation steps should be as listed below:

   o Logging implementation in text file only.
   o Logging implementation assuming DB already exist.
   o Logging implementation when no DB exist.

2. To minimize the steps required for logging we should make the component id the first/required hierarchy and others can be optional.
3. We should remove reference to Carnival in the document and the utility, as this is a reusable feature which can be used for any vendor
4. We need to add in the Value add we provide in this utility. This would be a POS for our utility when compared with other available logging utility in market

5. Team is also doing R&D on Nuget package. Moving Logging to Nuget packages would be beneficial as they are quite more manageable.
6. After the document is updated, this should be shared with a developer for implementation and needs to be analyzed what amends needs to be done in this document to make it more understandable. Deepak can review it afterwards and then we can share this with Onsite. We should also create the video with the new user working on the logging implementation based on the logging document.
7. OneClick Deployment document should also be created along the same lines as logging.
8. Next Reusable feature Agenda- Team would plan for Project template such as Website, WebService, WPF templates.  This would save us time, which is required right now for project setups.
9. Teams should be informed and encouraged to use OneClick Deployment, Auto Upgrade, Logging and their success stories should be collected to analyze the benefits using these features.
10. We should add new reusable features developed by teams in our monthly newsletter next month.

| Action Item | Assigned to | ETA |
|---|---|---|
| Update the Logging Document based on comments provided by JP | ~~Apurva Saxena~~ Vivek Agrawal | 6th August |
| Nuget Package Implementation in Logging update | ~~Apurva Saxena~~ Vivek Agrawal | 6th August |
| Test Run of the logging document implementation with a mid level developer and updates | ~~Apurva Saxena~~ Vivek Agrawal | 6th August |
| OneClick Deployment Implementation document | Apurva Saxena | First draft shared with Deepak and Akash. Final version will be shared by all on 3rd August. |
| Discussion on Next Reusable utiltity- Project templates (Proposal and Plan) | GMs | 7th August |
| Addition of New Reusable utilities developed by team in next month newsletter | Seema, Pooja | Done |

Thanks.

Regards,
Pooja

---

**From:** Pooja Sharma
**Sent:** Thursday, July 16, 2015 12:07 PM
**To:** Pooja Sharma; Jitendra Kumar. Pardasani; Apurva Saxena; Deepak Bhatia; Ritesh Yadav; Megha Agrawal
**Subject:** COAP | Logging Implementation Document and Video- Suggestions and Changes
**When:** Thursday, July 16, 2015 6:00 PM-6:30 PM.
**Where:** JP's Cabin

Hi All,

Blocking your calendar to discuss the changes required and suggestions for Logging End-to-End Implementation Document and Video.

Thanks.

Regards,
Pooja

DeCurtis_00487740