# EXHIBIT 118

**To:** Tavernini, Alexander[atavernini@ncl.com]
**From:** Derek Fournier[O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BBF6E5443A1741528BB7536FB1FE7824-DEREK.FOURNIER@DECURTIS.COM]
**Sent:** Wed 2/22/2017 9:12:12 PM (UTC)
**Subject:** RE: Update

Awesome. Will do.

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Wednesday, February 22, 2017 4:11 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

Feel free to call me after 5PM today.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Wednesday, February 22, 2017 3:59 PM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

We definitely need to chat. I discussed that timeline on the call (but then again, I didn't remember the doc discussion either). A great deal of work is going into being ready so I want to curtail whatever we do not need. When can we chat?

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Wednesday, February 22, 2017 3:38 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

Wow, I think we need to have another chat about this because 3-4 hours per is not going to happen. If anything, we could create the general experience to be a handful of scenarios and then have more specific presentations for specific groups.

Please let me know when you have some time to chat.

Thanks.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Wednesday, February 22, 2017 3:15 PM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Apologies. The list is more in depth than the walk through. We will be timing. We know we only have a total of 3-4 hours per session.

March 6th
    Setup and Test
March 7th
    AM
    PM
March 8th
    AM
    PM
March 9th
    AM
    PM

March 10th – My Birthday ☺

Gives us 6 slots for sessions. I think the experience will be well received.

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Wednesday, February 22, 2017 3:11 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

Yes, you told me you were going to finish writing up the scenarios and send them to me by yesterday… ☺

The below looks interesting but it may be a bit much for 60-90 minutes… Let me know how it goes tomorrow and lets chat afterwards.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Wednesday, February 22, 2017 3:08 PM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Doc? You mean scenarios? I do not recall that you were waiting for me? I can show you want we are planning to demonstrate (though some may end up on the cutting room floor after run through tomorrow)

1. Sailor-Mobile
    a. Online check In (Green)
    b. Moderate online Check in
2. Embarkation:
    a. Airport Greeter
    b. Validate
3. Photographer App
4. Embarkation
    a. Gangway
5. Crew Mobile
    a. Housekeeping (integrated with Embarkation)
6. Digital Poster

  a. Dashboard
  b. Explore Destinations
  c. Explore Ship
  d. F&B- Book Dining
  e. Cabin
  f. Wayfinding
  g. View Itinerary
7. ITV
  a. Dashboard
  b. Explore ship
  c. Folio
  d. Content Access (Movies/ Live TV)
  e. Nearby Activities
  f. Cabin
8. Personal Voice Assistant
9. Crew Mobile
  a. Nearby
  b. Incident Management
10. Sailor Mobile
  a. Nearby Crew
  b. My Crew
11. Sailor Mobile
  a. Add to virtual queue
12. Crew mobile
  a. ARS
13. Sailor Mobile
  a. Rate crew
  b. Additional Gratuity
14. Icebreaker-Guest
  a. Social
  b. Location based F&B orders
15. Icebreaker-Crew
  a. Bartender
  b. Server
  c. Venue Manager
16. Photo wall
17. MASLA
18. Fleet watch
19. Experience Monitoring System
20. Leader board

Plan is to open with the presentation and assign a few wearables. If you have images of people (headshots) in advance we can get a little cute with Icebreaker. We would then advance through the process and start the journey. We will end with a small "How do we do it," and timeline.

I am lobbying for a few less scenarios but I am losing the argument. I am not a huge weight test fan. ☺

---

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Wednesday, February 22, 2017 2:56 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

Good.  Have you finished up your doc so I can take a look?

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522

ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

---

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Wednesday, February 22, 2017 2:49 PM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

How is the breakdown coming along good sir?

---

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Friday, February 17, 2017 10:50 AM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

My cell is fine – thanks.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

---

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Friday, February 17, 2017 10:45 AM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Oh my bad. After 3:30 sounds great. What number would you like me to dial?


Sent via the Samsung Galaxy S6 edge+, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Tavernini, Alexander" <atavernini@ncl.com>
Date: 2/17/17 10:44 AM (GMT-05:00)
To: Derek Fournier <derek.fournier@decurtis.com>
Subject: RE: Update

Sure – been waiting on you to speak. I'm available anytime today after 3:30PM EST.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

DeCurtis_01639032

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Friday, February 17, 2017 6:34 AM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Can we sync up today? I need a plan for group sizes, dates, duration of presentation and such.

Hope you are doing well.


Sent via the Samsung Galaxy S6 edge+, an AT&T 4G LTE smartphone


-------- Original message --------
From: "Tavernini, Alexander" <atavernini@ncl.com>
Date: 2/14/17 5:36 PM (GMT-05:00)
To: Derek Fournier <derek.fournier@decurtis.com>
Subject: RE: Update

Yes, but for that hallway I would imagine that we would only need a few simple podiums...

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Tuesday, February 14, 2017 5:34 PM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Are those just chairs in the hallway?

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Tuesday, February 14, 2017 5:23 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

I've attached the jpeg. Please note that the conference room is approx. 22' x 45' and that the interior dividers at an angle are a suggestion of mine and that the room does not have these.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Tuesday, February 14, 2017 4:48 PM

**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Your approach makes sense but is (as you can imagine) a touch daunting from the schedule side. We will figure it out.

Can you send me the floor plan graphic please of the room(s)?

Also, what kind of Internet access can we get there?

Best,
Derek

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Monday, February 13, 2017 12:11 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

HI Derek,

I don't think I can push it back any further as people start ;leaving for Europe around that time... For example, Simon flies out the 15th and doesn't return until May. And yes, this is the group that holds the power so if you truly WOW then the checkbook should open accordingly. Also, I don't know if I mentioned this before but considering the number of people we would likely have to run this in a few smaller groups to make it a bit more intimate (and also make some strategical groupings.)

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Friday, February 10, 2017 8:10 AM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Great update. We are reviewing what we can do in the timeline provided. I assume (please confirm) that there is no way to extend to 45 Days. We will succeed in the current timeframe but would like to polish as much as possible given the audience.

My belief is that if we succeed in WOWing this audience, this is the group capable of approving budget for Bliss (urgently)

Exciting bumpy ride ahead!

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Thursday, February 9, 2017 3:28 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** RE: Update

Hi Derek,

Attached you'll find a "dream scenario" layout for the demo – please let me know what you think.

As for your proposals, I'm still fighting to get MP onboard as without it I'm pretty much dead in the water. The gaming reservation piece I think deserves additional discussion from the DXP aspect as building something standalone doesn't make sense to me. I'd also like to discuss the Gun Tracking app as I think we can get this done if we can get the price down $5-$10k depending on the feature set.

DeCurtis_01639034

Thanks.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

---

**From:** Derek Fournier [mailto:derek.fournier@decurtis.com]
**Sent:** Wednesday, February 08, 2017 3:26 PM
**To:** Tavernini, Alexander <atavernini@ncl.com>
**Subject:** RE: Update

Hey Alex! We are on board as it were. Timing will be tough but we will strive to impress. The 10th is my birthday so I am hoping we will be done before that. Ideally, the path would be

Conference room 1
Presentation

Conference Room 2
Experience Demonstrations

Conference Room 1
Wrap up presentation

We can consolidate for presentation 2.

More details to follow. Getting some work always makes things easier. Thanks for sending the medallion back!

**From:** Tavernini, Alexander [mailto:atavernini@ncl.com]
**Sent:** Wednesday, February 8, 2017 3:19 PM
**To:** Derek Fournier <derek.fournier@decurtis.com>
**Subject:** Update

Hi Derek,

Hope all is well.

Just following up that your proposals are still being reviewed, as is the instance of MP onboard the Joy.

Also, I've booked the conference room from March 6th to the 10th – have you and David had any discussions regarding this?

And last but not least, I've sent back the Medallion to David and UPS tracking shows that it was delivered.

Thanks.

Regards,

**Alex Tavernini | Manager, Digital Signage**
P: +1 305.468.2057 | C: +1 305.710.1522
ATavernini@ncl.com | www.nclhltd.com

**Norwegian Cruise Line Holdings Ltd.**
7665 Corporate Center Drive | Miami FL 33126

DeCurtis_01639035

* Please copy GuestDigitalSignageHelp@ncl.com for all questions or concerns regarding Digital Signage.

DeCurtis_01639036