**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| DECURTIS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>Defendant.<br>———————————————————<br><br>CARNIVAL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>DECURTIS CORPORATION and<br>DECURTIS LLC,<br><br>                Defendant. | Civil Action No. 1:20-22945-Civ-Scola |

## DECLARATION OF ERIK DE LA IGLESIA

I, Erik de la Iglesia, declare under penalty of perjury as follows:

1.      My name is Erik de la Iglesia.  My qualifications are set forth in my March 1, 2022 Expert Report in this matter.

2.      I have been engaged by counsel for Carnival Corporation ("Carnival") to provide technical analysis relevant to its claims and defenses in this case.  My opinions are set forth in my March 1, 2022 Opening Report and March 31, 2022 Rebuttal Report.  True and correct copies of my reports are attached hereto as Exhibits A and B.

1

3.      The opinions that I intend to offer at trial in this matter are set forth in my Reports and in my deposition in this matter which was taken on April 14, 2022.

4.      The opinions I have rendered in this matter are stated to the best of my knowledge and belief, and I believe them to be true and correct.  I continue to reserve the right to revise my opinions should further information and facts supplied in discovery (including upon resolution of privilege disputes between the parties) or at trial.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 25th day of April at Mountain View, California.

_____

Erik de la Iglesia

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL