# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| **CARNIVAL CORPORATION**, a Panamanian corporation, <br><br> Plaintiff, <br><br> v. <br><br> **DECURTIS LLC,** a Delaware limited liability corporation, and **DECURTIS CORPORATION**, a Florida corporation, <br><br> Defendants. | No. 1:20-cv-22945-RNS |

## DECLARATION OF JASON P. STEARNS IN SUPPORT OF DECURTIS LLC'S AND DECURTIS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

I, Jason P. Stearns , declare and state as follows:

1. I am an attorney admitted to practice in the State of Florida as counsel on behalf of DeCurtis LLC and DeCurtis Corporation (together, "DeCurtis") in this action. I submit this Declaration in support of DeCurtis's Motion for Summary Judgment. I have personal knowledge of the facts stated below, and if called upon to testify to those facts, I could and would competently do so.

2. Attached hereto as Exhibit AU is a true and correct copy of the 2021 Lok8 Purchase and License Agreement (CARNIVAL00765736).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 25th day of April 2022 in Tampa, Florida.

/s/ Jason P. Stearns
Jason P. Stearns

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2022, I filed the foregoing Declaration of Jason P. Stearns in Support of DeCurtis LLC's and DeCurtis Corporation's Motion for Summary Judgment via CM/ECF which will serve all attorneys of record.

                                                          By: */s/ Jason P. Stearns*
                                                               One of their attorneys

5973255