# EXHIBIT AU

## to Declaration of Jason P. Stearns in Support of DeCurtis Defendants Motion for Summary Judgment

## 2021 Lok8 Purchase and License Agreement (CARNIVAL00765736)

# Highly Confidential
# To be Filed Under Seal