UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 20-22945-CIV-SCOLA/TORRES

CARNIVAL CORPORATION,

        Plaintiff,

v.

DECURTIS CORPORATION and
DECURTIS LLC

        Defendants.

DECURTIS LLC,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.

**CARNIVAL CORPORATION'S NOTICE OF WITHDRAWAL OF
ECF NOS. 285-1 AND 290 FROM THE PUBLIC RECORD, AND MOTION TO
PLACE UNDER SEAL ECF NOS. 285-1 AND 290 AND REPLACE SAME**

    Carnival Corporation ("Carnival"), by and through the undersigned counsel, hereby files its Notice of Withdrawal of ECF Nos. 285-1 (Declaration of Diana M. Fassbender in Support of Carnival's Motion for Summary Judgment and Daubert Motion) and 290 (Statement of Material Facts in Support of its Motion for Summary Judgment), and Motion to Place Under Seal ECF Nos. 285-1 and 290, and replace same, and in support thereof states as follows:

1. On April 25, 2022, Carnival filed the Declaration of Diana M. Fassbender in Support of Carnival's Motion for Summary Judgment and Daubert Motion (ECF No. 285-1) and

     Statement of Material Facts in Support of its Motion for Summary Judgment (ECF No. 290).

2. Each of these documents contained reference to a highly confidential exhibit, the name of which was inadvertently not redacted from either document prior to filing.
3. As such, Carnival withdraws ECF Nos. 285-1 and 290 and requests that the Clerk seal these documents, which contain highly confidential information subject to the Protective Order entered in this matter.
4. Carnival submits that there is good cause in this case to seal ECF Nos. 285-1 and 290.
5. Carnival has attached hereto as Exhibit A, a corrected version of the Declaration of Diana M. Fassbender in Support of its Motion for Summary Judgment and Daubert Motion, which adds the necessary redaction.
6. Carnival respectfully requests that Exhibit A replace the document currently available at ECF No. 285-1.
7. Carnival has attached hereto as Exhibit B, a corrected version of the Statement of Material Facts in Support of its Motion for Summary Judgment, which adds the necessary redaction.
8. Carnival respectfully requests that Exhibit B replace the document currently available at ECF No. 290.

**Rule 7.1 Certificate of Good Faith Conference**

Pursuant to Local Rule 7.1, I hereby certify that, on April 28, 2022 counsel for the movant has conferred with all parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in this motion. Counsel for DeCurtis stated that DeCurtis does not oppose this Motion and the relief sought herein.

Dated:  April 28, 2022                    RESPECTFULLY SUBMITTED

By: */s/ Diana Marie Fassbender*

Diana Marie Fassbender
Florida Bar No. 0017095
dszego@orrick.com

Steven J. Routh (*pro hac vice*)
T. Vann Pearce, Jr. (*pro hac vice*)
Eileen M. Cole (*pro hac vice*)
Jay Jurata (*pro hac vice*)
Emily Luken (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center, 1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel: (202) 339-8533

Jorge Espinosa
Fla. Bar No.  779032
jorge.espinosa@gray-robinson.com
Robert R. Jimenez
Fla. Bar. No. 72020
robert.jimenez@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, FL  33131
Phone: (305) 416-6880
Facsimile: (305) 416-6887

Robert L. Uriarte (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel: (650) 289-7105

Olivia Clements (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel: (212) 506-5000

Johannes Hsu (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
Tel: (949) 567-6700

David R. Medina (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**

777 South Figueroa Street
Suite 3200
Los Angeles. CA 90017-5855
Tel: (213) 629-2020

Sheryl Garko (*pro hac vice*)
Laura Najemy (*pro hac vice*)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street
Suite 2000
Boston, MA  02116
(617) 880-1800

*Attorney for Plaintiff/Counterclaim Defendant Carnival Corporation*