# Exhibit A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-22945-SCOLA/TORRES**

| | |
|---|---|
| DECURTIS LLC, <br><br>        Plaintiff, <br>v. <br><br>CARNIVAL CORPORATION, <br><br>        Defendant. | |
| CARNIVAL CORPORATION, <br><br>        Plaintiff, <br>v. <br><br>DECURTIS CORPORATION and DECURTIS LLC, <br><br>        Defendants. | |

**<u>DECLARATION OF DIANA M. FASSBENDER</u>**

I, Diana M. Fassbender, declare and state as follows:

1. I am an attorney admitted to practice in Washington, D.C. and an attorney with Orrick, Herrington & Sutcliffe LLP. I make this declaration in support of Carnival Corporation's ("Carnival") Motion for Summary Judgment and *Daubert* Motion to Strike, Limit, or Exclude Certain Expert Testimony to be filed in the above-captioned matter.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the Master Services Agreement between Carnival and DeCurtis effective July 24, 2014 (CARNIVAL00000270-284).

3. Attached hereto as **Exhibit 2** is a true and correct copy of the transcript of the deposition of Derek Fournier dated January 25, 2022.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the deposition of Derek Fournier dated January 26, 2022.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the DeCurtis Digital Experience Platform Presentation dated April 2017 (DeCurtis_01636569-589).

6.  Attached hereto as **Exhibit 5** is a true and correct copy of an internal DeCurtis email chain dated March 17, 2016 (DeCurtis_01986338-339).

7.  Attached hereto as **Exhibit 6** is a true and correct copy of the Expert Report of Erik de la Iglesia Regarding DeCurtis's Use of Carnival Information and Infringement of U.S. Patent Nos. 10,045,184; 10,049,516; and 10,157,514 dated March 1, 2022.  I understand that Mr. de la Iglesia is contemporaneously submitting a declaration attesting to the contents of his report.

8.  Attached hereto as **Exhibit 7** is a true and correct copy of an internal DeCurtis email dated March 25, 2016 (DeCurtis_01471144-145).

9.  Attached hereto as **Exhibit 8** is a true and correct copy of an internal DeCurtis email (with attachments) dated June 15, 2016 (DeCurtis_01517794-8065).

10. Attached hereto as **Exhibit 9** is a true and correct copy of an internal DeCurtis email chain dated July 30, 2015 (DeCurtis_01529526-533).

11. Attached hereto as **Exhibit 10** is a true and correct copy of a DeCurtis Immersive Experience Presentation (DeCurtis_00685821-836).

12. Attached hereto as **Exhibit 11** is a true and correct copy of an internal DeCurtis email chain dated June 23, 2017 (DeCurtis_00670679-680).

13. Attached hereto as **Exhibit 12** is a true and correct copy of an internal DeCurtis email chain dated December 19, 2016 (DeCurtis_00933304).

14. Attached hereto as **Exhibit 13** is a true and correct copy of the transcript of the

deposition of Matthew Lynde dated April 15, 2022.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the transcript of the deposition of Arnold Donald dated January 31, 2022.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the transcript of the deposition of Simon Murray dated January 31, 2022.

17. Attached hereto as **Exhibit 16** is a true and correct copy of a screenshot of the DeCurtis Website (CARNIVAL00756076-077).

18. Attached hereto as **Exhibit 17** is a true and correct copy of the Expert Report of Matthew Lynde, Ph.D. dated March 1, 2022.

19. Attached hereto as **Exhibit 18** is a true and correct copy of the DeCurtis Strategy Session Offsite Agenda and DeCurtis Due Diligence Findings dated June 11, 2019 (DeCurtis_01945577-795).

20. Attached hereto as **Exhibit 19** is a true and correct copy of the DeCurtis Confidential Information Presentation dated November 2018 (DeCurtis_01945863-916).

21. Attached hereto as **Exhibit 20** is a true and correct copy of the Carnival Project Ocean Discussion Materials Presentation dated June 29, 2020 (CARNIVAL00375784-850).

22. Attached hereto as **Exhibit 21** is a true and correct copy of the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

23. Attached hereto as **Exhibit 22** is a true and correct copy of Mary T. Coleman, David W. Meyer & David T. Scheffman's *Economic Analyses of Mergers at the FTC: The Cruise Ships Mergers Investigation*, REVIEW OF INDUSTRIAL ORGANIZATION 23 (2003).

24. Attached hereto as **Exhibit 23** is a true and correct copy of the declaration of

Francis Farro, Virgin Voyages, dated March 16, 2022.

25. Attached hereto as **Exhibit 24** is a true and correct copy of the Princess Cruises Presentation: PCL Strategic Update Medallion Class/OCEAN dated January 15, 2020 (CARNIVAL00375147-164).

26. Attached hereto as **Exhibit 25** is a true and correct copy of the Reply Expert Report of Mary Coleman dated March 31, 2022. I understand that Dr. Coleman is contemporaneously submitting a declaration attesting to the contents of her report.

27. Attached hereto as **Exhibit 26** is a true and correct copy of the transcript of the deposition of Mary Coleman dated April 15, 2022.

28. Attached hereto as **Exhibit 27** is a true and correct copy of the Letter to Virgin Cruises dated February 4, 2020 (CARNIVAL00124884_001-02).

29. Attached hereto as **Exhibit 28** is a true and correct copy of the Letter to NCL dated January 29, 2020 (CARNIVAL00124886_001-02).

30. Attached hereto as **Exhibit 29** is a true and correct copy of the transcript of the deposition of John Padgett Vol. 2 dated January 18, 2022.

31. Attached hereto as **Exhibit 30** is a true and correct copy of the Letter from NCL to DeCurtis dated March 25, 2021 (DeCurtis_01988391-94).

32. Attached hereto as **Exhibit 31** is a true and correct copy of the Expert Report of Mary Coleman dated March 1, 2022. I understand that Dr. Coleman is contemporaneously submitting a declaration attesting to the contents of her report.

33. Attached hereto as **Exhibit 32** is a true and correct copy of the Expert Report of Nicholas Godici dated March 1, 2022.

34. Attached hereto as **Exhibit 33** is a true and correct copy of the transcript of the

deposition of Nicholas Godici dated April 12, 2022.

35. Attached hereto as **Exhibit 34** is a true and correct copy of the Expert Rebuttal Report of Matthew Lynde, Ph.D. dated March 31, 2022.

36. Attached hereto as **Exhibit 35** is a true and correct copy of Carnival Corporation's First Notice of 30(b)(6) Deposition to Defendant DeCurtis LLC.

37. Attached hereto as **Exhibit 36** is a true and correct copy of the transcript of the deposition of David DeCurtis dated February 3, 2022.

38. Attached hereto as **Exhibit 37** is a true and correct copy of the transcript of the deposition of David DeCurtis dated February 4, 2022.

39. Attached hereto as **Exhibit 38** is a true and correct copy of the Opening Expert Report of Matthew Shoemake, Ph.D. Regarding Invalidity of U.S. Patent No. 10, 045, 184 and 10,049,516 dated March 1, 2022.

40. Attached hereto as **Exhibit 39** is a true and correct copy of the Opening Expert Report of Markus Jakobson, Ph.D. Regarding Invalidity of U.S. Patent No. 10,157,514 dated March 1, 2022.

41. Attached hereto as **Exhibit 40** is a true and correct copy of the Rebuttal Expert Report of Erik de la Iglesia Regarding Validity of U.S. Patent Nos. 10,045,184; 10,049,516; and 10,157,514 dated March 31, 2022.  I understand that Mr. de la Iglesia is contemporaneously submitting a declaration attesting to the contents of his report.

42. Attached hereto as **Exhibit 41** is a true and correct copy of an email chain dated October 21, 2014 (DeCurtis_00157407-157408).

43. Attached hereto as **Exhibit 42** is a true and correct copy of a document with the heading "Ideas and Concepts Developed by EIC Project" (Glenn Curtis-0045-57).

44. Attached hereto as **Exhibit 43** is a true and correct copy of a black and white copy of the "Glenn Curtis Memo" as produced by DeCurtis (DeCurtis_01469956-1466008).

45. Attached hereto as **Exhibit 44** is a true and correct copy of an email to John Padgett (with attachments) dated July 14, 2014 (JP_CC_00000175-233).

46. Attached hereto as **Exhibit 45** is a true and correct copy of Responses of DeCurtis LLC and DeCurtis Corp. to Carnival's Second Set of Interrogatories [Nos. 13-19] dated February 12, 2021.

47. Attached hereto as **Exhibit 46** is a true and correct copy of the Virgin-DeCurtis Contract (DeCurtis_02000045-053).

48. Attached hereto as **Exhibit 47** is a true and correct copy of the Carnival/Evercore/Accenture Presentation: Project Ocean Due Diligence Deliverable dated October 2020 (CARNIVAL00565245-409).

49. Attached hereto as **Exhibit 48** is a true and correct copy of an internal DeCurtis email chain dated April 25, 2017 (DeCurtis_00563474-476).

50. Attached hereto as **Exhibit 49** is a true and correct copy of the DeCurtis Corp. Presentation Q3 Board Meeting (DeCurtis_01419567-665).

51. Attached hereto as **Exhibit 50** is a true and correct copy of the Statement of Work No. 1 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00000265-268).

52. Attached hereto as **Exhibit 51** is a true and correct copy of the Statement of Work No. 13 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00000313-321).

53. Attached hereto as **Exhibit 52** is a true and correct copy of the Statement of Work No. 14 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00000322-331).

54. Attached hereto as **Exhibit 53** is a true and correct copy of a Letter from Freeborn

& Peters LLP dated February 24, 2020 (CARNIVAL00015237)

55. Attached hereto as **Exhibit 54** is a true and correct copy of a Letter from Orrick, Herrington & Sutcliffe LLP dated February 20, 2020 (CARNIVAL00015242-15244).

56. Attached hereto as **Exhibit 55** is a true and correct copy of the Statement of Work No. 4 between Carnival Corp. and DeCurtis Corp. 2 (CARNIVAL00063868-63871).

57. Attached hereto as **Exhibit 56** is a true and correct copy of the Statement of Work No. 4 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00063872-63874).

58. Attached hereto as **Exhibit 57** is a true and correct copy of the Statement of Work No. 5 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00063875-63876).

59. Attached hereto as **Exhibit 58** is a true and correct copy of the Statement of Work No. 6 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00063877-63890).

60. Attached hereto as **Exhibit 59** is a true and correct copy of the Statement of Work No. 7 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00063891-63893).

61. Attached hereto as **Exhibit 60** is a true and correct copy of the Statement of Work No. 8 between Carnival Corp. and DeCurtis Corp. (CARNIVAL00063894-63897).

62. Attached hereto as **Exhibit 61** is a true and correct copy of the Statement of Work No. 3 between Carnival Corp. and DeCurtis Corp. (DeCUrtis_00172995-173000).

63. Attached hereto as **Exhibit 62** is a true and correct copy of the Statement of Work No. 15 between Carnival Corp. and DeCurtis Corp. (DeCurtis_00173252-173275).

64. Attached hereto as **Exhibit 63** is a true and correct copy of an internal DeCurtis email chain dated April 25, 2017 (CARNIVAL_00563474-476).

65. Attached hereto as **Exhibit 64** is a true and correct copy of an internal DeCurtis email with attachments dated March 14, 2016 (DeCurtis_00564480-569).

66. Attached hereto as **Exhibit 65** is a true and correct copy of the DeCurtis Corp. Portfolio Overview dated September 2020 (DeCurtis_01418907-926).

67. Attached hereto as **Exhibit 66** is a true and correct copy of the DeCurtis Corp. Presentation: Cruise Freedom (DeCurtis_01473563-649).

68. Attached hereto as **Exhibit 67** is a true and correct copy of the NCL Demo Planning dated February 28, 2017 (DeCurtis_01509732).

69. Attached hereto as **Exhibit 68** is a true and correct copy of the Statement of Work No. 3 between Carnival Corp. and DeCurtis Corp. (DeCurtis_01531277-281).

70. Attached hereto as **Exhibit 69** is a true and correct copy of the DeCurtis Corp Presentation: Digital Experience Platform (DeCurtis_01599549-1599560).

71. Attached hereto as **Exhibit 70** is a true and correct copy of an internal DeCurtis email chain dated August 29, 2018 (DeCurtis_01624330-341).

72. Attached hereto as **Exhibit 71** is a true and correct copy of an internal DeCurtis email dated March 6, 2017 (DeCurtis_01639344).

73. Attached hereto as **Exhibit 72** is a true and correct copy of the Statement of Work No. 9 between Carnival Corp. and DeCurtis Corp. (DeCurtis_01642453-457).

74. Attached hereto as **Exhibit 73** is a true and correct copy of the Statement of Work No. 10 between Carnival Corp. and DeCurtis Corp. (DeCurtis_01642458-467).

75. Attached hereto as **Exhibit 74** is a true and correct copy of an internal DeCurtis email with attachments dated August 12, 2015 (DeCurtis_01643376-385).

76. Attached hereto as **Exhibit 75** is a true and correct copy of the DeCurtis Corp. Proposal to Tampa Bay Buccaneers (DeCurtis_01976191-202).

77. Attached hereto as **Exhibit 76** is a true and correct copy of the Master Project,

Software License, Hardware and Support Agreement between DeCurtis Corp. and NCL Corp. effective March 1, 2018 (DeCurtis_01999956-007).

78. Attached hereto as **Exhibit 77** is a true and correct copy of the Norwegian Cruise/DeCurtis Corp. Presentation: Digital Experience Platform (NCL-019628-643).

79. Attached hereto as **Exhibit 78** is a true and correct copy of the transcript of the deposition of Joseph Carino dated February 2, 2022.

80. Attached hereto as **Exhibit 79** is a true and correct copy of an internal DeCurtis email dated November 14, 2018 (DeCurtis_01494346).

81. Attached hereto as **Exhibit 80** is a true and correct copy of the transcript of the deposition of John Padgett dated January 17, 2022.

82. Attached hereto as **Exhibit 81** is a true and correct copy of the transcript of the deposition of Erik de la Iglesia dated April 14, 2022.

83. Attached hereto as **Exhibit 82** is a true and correct copy of the transcript of the deposition of Vincent Ball dated January 31, 2022.

84. Attached hereto as **Exhibit 83** is a true and correct copy of the transcript of the deposition of Stephen Becker dated December 15, 2021.

85. Attached hereto as **Exhibit 84** is a true and correct copy of the transcript of the deposition of Richard Criado dated February 1, 2022.

86. Attached hereto as **Exhibit 85** is a true and correct copy of the transcript of the deposition of Douglas Steele Vol. 2 dated January 14, 2022.

87. Attached hereto as **Exhibit 86** is a true and correct copy of the transcript of the deposition of Michael Jungen dated January 7, 2022.

88. Attached hereto as **Exhibit 87** is a true and correct copy of the transcript of the

deposition of Sander Lam dated November 1, 2021.

89. Attached hereto as **Exhibit 88** is a true and correct copy of the transcript of the deposition of Patrick Mendiuk dated January 19, 2022.

90. Attached hereto as **Exhibit 89** is a true and correct copy of the transcript of the deposition of Adam Leonards dated January 26, 2022.

91. Attached hereto as **Exhibit 90** is a true and correct copy of the transcript of the deposition of Kyle Prestenback dated January 28, 2022.

92. Attached hereto as **Exhibit 91** is a true and correct copy of the transcript of the deposition of Neil Rippon dated November 16, 2021.

93. Attached hereto as **Exhibit 92** is a true and correct copy of the DeCurtis Corp. Presentation: Project Trident dated July 8, 2015 (CARNIVAL00000489-518).

94. Attached hereto as **Exhibit 93** is a true and correct copy of the Project Trident: Product Requirements Document Guest Medallion dated August 14, 2015 (CARNIVAL00018461).

95. Attached hereto as **Exhibit 94** is a true and correct copy of the Project Trident: Product Requirements Document Static Reader dated August 15, 2015 (CARNIVAL00018462).

96. Attached hereto as **Exhibit 95** is a true and correct copy of the Product Trident: Product Requirements Documents Carnival Signature Door Lock dated August 16, 2016 (CARNIVAL 00037290-306)3

97. Attached hereto as **Exhibit 96** is a true and correct copy of an email chain dated August 13, 2015 (CARNIVAL00129846).

98. Attached hereto as **Exhibit 97** is a true and correct copy of an internal DeCurtis email chain dated August 12, 2015 (DeCUrtis_01643365).

99. Attached hereto as **Exhibit 98** is a true and correct copy of an internal DeCurtis email dated April 23, 2014 (DeCurtis_020005673).

100. Attached hereto as **Exhibit 99** is a true and correct copy of the CLIA Presentation: Cruise Travel Report dated January 2018 (Shamrock_00003393-3436).

101. Attached hereto as **Exhibit 100** is a true and correct copy of the BCG Presentation: Project Deep Sea – Final Report – Commercial dated March 2019 (Shamrock_00005229-5339).

102. Attached hereto as **Exhibit 101** is a true and correct copy of the Non-infringement, Unenforceability, and Invalidity Contentions of DeCurtis LLC and DeCurtis Corporation, October 29, 2020, at Exhibit 184-16 (Invalidity Claim Chart for U.S. Patent No. 10,045,184).

103. Attached hereto as **Exhibit 102** is a true and correct copy of the transcript of the First Amended Non-Infringement, Unenforceability, and Invalidity Contentions of DeCurtis LLC and DeCurtis Corporation, dated March 4, 2021.

104. Attached hereto as **Exhibit 103** is a true and correct copy of the deposition of Megha Agrawal dated January 24, 2022.

105. Attached hereto as **Exhibit 104** is a true and correct copy of the Statement of the FTC Concerning Royal Caribbean Cruises and Princess Cruises, FTC File No. 021 0041.

106. Attached hereto as **Exhibit 105** is a true and correct copy of an October 4, 2002 press release titled "FTC Closes Cruise Line Merger Investigations."

107. Attached hereto as **Exhibit 106** is a true and correct copy of an internal DeCurtis email with attachment dated April 25, 2018 (DeCUrtis_00321912-917).

108. Attached hereto as **Exhibit 107** is a true and correct copy of an internal DeCurtis email chain dated March 16, 2048 (DeCurtis_00329968-971).

109. Attached hereto as **Exhibit 108** is a true and correct copy of an internal DeCurtis

email chain dated March 15, 2017 (DeCurtis_00366687-688).

110. Attached hereto as **Exhibit 109** is a true and correct copy of an internal DeCurtis email chain dated July 28, 2015 (DeCurtis_00367647-651).

111. Attached hereto as **Exhibit 110** is a true and correct copy of an internal DeCurtis email chain dated February 13, 2017 (DeCurtis_00370216).

112. Attached hereto as **Exhibit 111** is a true and correct copy of an internal DeCurtis email chain dated February 23, 2017 (DeCurtis_00464905-912).

113. Attached hereto as **Exhibit 112** is a true and correct copy of an internal DeCurtis email chain dated August 10, 2015 (DeCurtis_00487736-487740).

114. Attached hereto as **Exhibit 113** is a true and correct copy of an internal DeCurtis email chain dated February 9, 2017 (DeCurtis_00499044).

115. Attached hereto as **Exhibit 114** is a true and correct copy of an internal DeCurtis email dated April 4, 2016 (DeCurtis_00499806).

116. Attached hereto as **Exhibit 115** is a true and correct copy of an internal DeCurtis email chain dated September 20, 2018 (DeCurtis_00636581-582).

117. Attached hereto as **Exhibit 116** is a true and correct copy of an internal DeCurtis email dated April 18, 2016 (DeCurtis_00673688-699).

118. Attached hereto as **Exhibit 117** is a true and correct copy of an internal DeCurtis email chain dated July 30, 2015 (DeCurtis_01529526-533).

119. Attached hereto as **Exhibit 118** is a true and correct copy of an internal NCL email chain dated February 22, 2017 036 (DeCurtis_01639029-036).

120. Attached hereto as **Exhibit 119** is a true and correct copy of an internal DeCurtis email chain with attachments dated July 19, 2018 (DeCurtis_01828868-920).

121. Attached hereto as **Exhibit 120** is a true and correct copy of an internal DeCurtis email chain dated April 20, 2018 (DeCurtis_01948208-210).

122. Attached hereto as **Exhibit 121** is a true and correct copy of an internal DeCurtis email chain dated July 22, 2016 (DeCurtis_01976203-207).

123. Attached hereto as **Exhibit 122** is a true and correct copy of an internal DeCurtis email dated July 26, 2016 (DeCurtis_01986654-656).

124. Attached hereto as **Exhibit 123** is a true and correct copy of an internal NCL email dated November 27, 2018 (DeCurtis_01986988).

125. Attached hereto as **Exhibit 124** is a true and correct copy of an internal DeCurtis email chain dated December 19, 2018 (DeCurtis_02001898-902).

126. Attached hereto as **Exhibit 125** is a true and correct copy of an internal DeCurtis email dated April 18, 2016 (DeCurtis_02005583-646).

127. Attached hereto as **Exhibit 126** is a true and correct copy of an internal DeCurtis email dated April 12, 2018 (DeCurtis_01633122).

128. Attached hereto as **Exhibit 127** is a true and correct copy of an internal DeCurtis email dated March 6, 2017 (DeCurtis_01639350-352).

129. Attached hereto as **Exhibit 128** is a true and correct copy of the transcript of the deposition of Glenn Curtis dated January 12, 2022.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of April 2022, at Nashville, Tennessee.

                                                                                                   _____/s/_ Diana M. Fassbender__
                                                                                                           Diana M. Fassbender