UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 20-22945-CIV-SCOLA/TORRES

CARNIVAL CORPORATION,

        Plaintiff,

v.

DECURTIS CORPORATION and DECURTIS LLC

        Defendants.

DECURTIS LLC,

        Plaintiff,

v.

CARNIVAL CORPORATION,

        Defendant.

### [PROPOSED] ORDER GRANTING CARNIVAL CORPORATION'S MOTION TO PLACE UNDER SEAL ECF NOS. 285-1 AND 290 AND REPLACE SAME

**THIS CAUSE** is before the Court upon Carnival Corporation's ("Carnival") Motion to Place Under Seal ECF Nos. 285-1 and 290 and Replace Same, dated April 28, 2022 ("Motion").

Having considered Carnival's Motion, it is hereby **ORDERED AND ADJUDGED** that Carnival's Motion is **GRANTED** and the Clerk is directed as follows:

1. The Clerk is directed to seal ECF No. 285-1 and replace it in the public record with Exhibit A attached to Carnival's Motion.

2. The unredacted version of ECF No. 285-1 shall remain sealed until further order of the Court.

3. The Clerk is directed to seal ECF No. 290 and replace it in the public record with Exhibit B attached to Carnival's Motion.

4.   The unredacted version of ECF No. 290 shall remain sealed until further order of the Court.

**DONE AND ORDERED** in Miami, Florida this _____ day of _____, 2022

_____
Hon. Judge Edwin G. Torres