UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DECURTIS LLC,**

                **Plaintiff,**

v.                                               **Civil Action No. 20-22945-Civ-Scola**

**CARNIVAL CORPORATION,**

                **Defendant.**

---

**CARNIVAL CORPORATION,**

                **Plaintiff,**

v.                                               **Civil Action No. 20-21547-Civ-Scola**

**DECURTIS CORPORATION and
DECURTIS LLC,**

                **Defendants.**

## DECURTIS'S NOTICE OF FILING OF EXHIBITS

      DeCurtis Corporation and DeCurtis LLC, by and through its undersigned counsel, hereby files the following exhibits in support of DeCurtis's Opposition to Carnival's Motion for Summary Judgment, Statement of Material Facts and Additional Facts, and its Opposition to Carnival's *Daubert* Motion to Strike, Limit, or Exclude Certain Expert Testimony:

      1.     Declaration of Andrew C. Nordahl and its Exhibits 1-116 in support of DeCurtis's Opposition to Carnival's Motion for Summary Judgment and Motion to Strike, Limit, or Exclude Certain Expert Testimony. References herein to "Ex. __" refer to the corresponding Exhibit to this declaration.

      2.     Declaration of Nicholas P Godici. References herein to "Godici Dec. Ex. __" refer to the corresponding exhibit to this declaration.

      3.     Declaration of Markus Jakobsson. References herein to "Jakobsson Dec. Ex. __" refer to the corresponding exhibit to this declaration.

4. Declaration of Matthew Lynde. References herein to "Lynde Dec. Ex. __" refer to the corresponding exhibit to this declaration.

5. Declaration of Matthew Shoemake, PhD. References herein to "Shoemake Dec. Ex. __" refer to the corresponding exhibit to this declaration.

| | |
|---|---|
| Dated: May 9, 2022 | DECURTIS LLC & DECURTIS CORPORATION |
| | By: /s/ *Jason P. Stearns*<br>    One of their attorneys |
| David C. Gustman (pro hac vice)<br>Jeffery M. Cross (pro hac vice)<br>Jill C. Anderson (pro hac vice)<br>Andrew C. Nordahl (pro hac vice)<br>Freeborn & Peters LLP<br>311 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606<br>Tel. (312) 360-6000 | Scott L. Watson (pro hac vice)<br>Justin C. Griffin (pro hac vice)<br>Patrick T. Schmidt (pro hac vice)<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>Tel. (213) 443-3000 |
| Jason P. Stearns<br>Florida Bar No. 059550<br>Freeborn & Peters LLP<br>201 N. Franklin Street<br>Suite 3550<br>Tampa, FL 33602<br>Tel. (813) 488-2920<br>E-mail:  jstearns@freeborn.com | Jeffrey Wu, Ph.D. (pro hac vice)<br>Quinn Emanuel Urquhart & Sullivan LLP<br>2755 E. Cottonwood Parkway, Suite 430<br>Salt Lake City, Utah 84121<br>Tel. (801) 515-7300 |
| | Jared Kneitel (pro hac vice)<br>Quinn Emanuel Urquhart & Sullivan LLP<br>1109 First Avenue, Suite 210<br>Seattle, WA 98101<br>Tel. (206) 905-7000 |
| | *Attorneys for Plaintiff DeCurtis LLC & DeCurtis Corporation* |