UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**DECURTIS LLC,**

        **Plaintiff,**

v.                                          Civil Action No. 20-22945-Civ-Scola

**CARNIVAL CORPORATION,**

        **Defendant.**

---

**CARNIVAL CORPORATION,**

        **Plaintiff,**

v.                                          Civil Action No. 20-21547-Civ-Scola

**DECURTIS CORPORATION and DECURTIS LLC,**

        **Defendants.**

## DECLARATION OF ANDREW C. NORDAHL

I, Andrew C. Nordahl, declare and state as follows:

1. I am partner at the law firm Freeborn & Peters, LLP, represent DeCurtis LLC and DeCurtis Corporation in this action and submit this declaration in support of DeCurtis's briefs in opposition to Carnival's summary judgment and *Daubert* motions.

2. Attached are true and correct copies of the following exhibits:

| Exhibit | 1. | --- | U.S. Patent 10,045,184. |
|---|---|---|---|
| Exhibit | 2. | --- | U.S. Patent 10,049,516. |
| Exhibit | 3. | --- | U.S. Patent 10,157,514. |
| Exhibit | 4. | --- | Excerpts from the transcript of the April 14, 2022 deposition of Erik de la Iglesia. |
| Exhibit | 5. | --- | CARNIVAL00070934, along with a printout of the metadata associated with this document, which was produced by Carnival in this litigation. |
| Exhibit | 6. | --- | Excerpts from the transcript of the January 12, 2022 deposition of Glenn Curtis. |
| Exhibit | 7. | --- | CARNIVAL00422177, which was produced by Carnival in this litigation. |

| | | | |
|---|---|---|---|
| Exhibit | 8. | --- | Excerpts from the transcript of the September 2, 2021 deposition of Patrick Shea. |
| Exhibit | 9. | --- | ASSAABLOY0001125, which was produced by Assa Abloy in this litigation. |
| Exhibit | 10. | --- | DeCurtis_00242858, which was produced by DeCurtis in this litigation. |
| Exhibit | 11. | --- | CARNIVAL00125646, which was produced by Carnival in this litigation. |
| Exhibit | 12. | --- | CARNIVAL00124827, which was produced by Carnival in this litigation. |
| Exhibit | 13. | --- | Excerpts from the transcript (volume 2) of the January 18, 2022 deposition of John Padgett |
| Exhibit | 14. | --- | a document beginning with Bates number DeCurtis_00241867, which was produced by DeCurtis in this litigation |
| Exhibit | 15. | --- | a document beginning with Bates number DeCurtis_00242071, which was produced by DeCurtis in this litigation. |
| Exhibit | 16. | --- | excerpts from the transcript of the January 7, 2022 deposition of Michael Jungen. |
| Exhibit | 17. | --- | excerpts from the transcript (volume 2) of the January 14, 2022 deposition of Douglas Steele. |
| Exhibit | 18. | --- | excerpts from the transcript (volume 1) of the January 13, 2022 deposition of Douglas Steele. |
| Exhibit | 19. | --- | a document beginning with Bates number DeCurtis_01459616, which was produced by DeCurtis in this litigation. |
| Exhibit | 20. | --- | excerpts from the transcript (volume 1) of the February 3, 2022 deposition of David DeCurtis. |
| Exhibit | 21. | --- | excerpts from the transcript of the December 21, 2021 deposition of Assa Abloy corporate representative Jon Engebretsen. |
| Exhibit | 22. | --- | a document beginning with Bates number ASSAABLOY0001102, which was produced by Assa Abloy in this litigation. |
| Exhibit | 23. | --- | a document beginning with Bates number DeCurtis_00157450, which was produced by DeCurtis in this litigation. |
| Exhibit | 24. | --- | excerpts from the transcript (volume 1) of the January 17, 2022 deposition of John Padgett. |
| Exhibit | 25. | --- | a document beginning with Bates number DeCurtis_00157407, which was produced by DeCurtis in this litigation |
| Exhibit | 26. | --- | a document beginning with Bates number DeCurtis_02005673, which was produced by DeCurtis in this litigation. |
| Exhibit | 27. | --- | excerpts from the transcript (volume 2) of the February 4, 2022 deposition of David DeCurtis. |
| Exhibit | 28. | --- | a compilation of documents DeCurtis produced in this litigation, starting at the following Bates numbers:  DeCurtis_00157332, DeCurtis_00157333, DeCurtis_00157352, DeCurtis_00157405, DeCurtis_00157407, DeCurtis_00157409, DeCurtis_00157426. |
| Exhibit | 29. | --- | excerpts from the transcript of the January 28, 2022 deposition of Kyle Prestenback. |

1

| | | | |
|---|---|---|---|
| Exhibit | 30. | --- | excerpts from the transcript of the February 1, 2022 deposition of Richard Criado. |
| Exhibit | 31. | --- | excerpts from the transcript of the January 25, 2022 deposition of Adam Leonards. |
| Exhibit | 32. | --- | excerpts from the transcript of the January 19, 2022 deposition of Patrick Mendiuk. |
| Exhibit | 33. | --- | excerpts from the transcript of the November 1, 2021 deposition of Sander Lam. |
| Exhibit | 34. | --- | excerpts from the transcript of the December 15, 2021 deposition of Stephen Becker. |
| Exhibit | 35. | --- | a document beginning with Bates number DeCurtis_00157427, which was produced by DeCurtis in this litigation. |
| Exhibit | 36. | --- | a document beginning with Bates number CARNIVAL00000489, which was produced by Carnival in this litigation |
| Exhibit | 37. | --- | a document beginning with Bates number DeCurtis_00157428, which was produced by DeCurtis in this litigation. |
| Exhibit | 38. | --- | U.S. Patent 10,037,642. |
| Exhibit | 39. | --- | U.S. Patent 10,304,271. |
| Exhibit | 40. | --- | U.S. Patent 10,045,184 |
| Exhibit | 41. | --- | DeCurtis Responses to Carnival's Second Set of Interrogatories [Nos. 13-19] dated 03/09/2021 |
| Exhibit | 42. | --- | Carnival Records Management Program - CARNIVAL00422177 |
| Exhibit | 43. | --- | Mary Coleman Report dated 03/01/2022 |
| Exhibit | 44. | --- | Mary Coleman Rebuttal Report dated 03/31/2022 |
| Exhibit | 45. | --- | Dr. Matthew Shoemake Expert Report dated 03/01/2022 |
| Exhibit | 46. | --- | Dr. Matthew Shoemake Expert Rebuttal Report dated 03/31/2022 |
| Exhibit | 47. | --- | Nicholas Godici Expert Report |
| Exhibit | 48. | --- | Lynde Report dated 03/01/2022 |
| Exhibit | 49. | --- | Lynde Rebuttal Report dated 03/31/2022 |
| Exhibit | 50. | --- | Markus Jakobsson Rebuttal Report dated 03/31/2022 |
| Exhibit | 51. | --- | David DeCurtis Deposition Transcript Vol. 1 |
| Exhibit | 52. | --- | David DeCurtis Deposition Transcript Vol. 2 |
| Exhibit | 53. | --- | John Padgett Deposition Transcript Vol. 1 |
| Exhibit | 54. | --- | John Padgett Deposition Transcript Vol. 2 |
| Exhibit | 55. | --- | Derek Fournier Deposition Transcript Vol. 1 |
| Exhibit | 56. | --- | Derek Fournier Deposition Transcript Vol. 2 |
| Exhibit | 57. | --- | Arnold Donald Deposition Transcript |
| Exhibit | 58. | --- | Glenn Curtis Deposition Transcript |
| Exhibit | 59. | --- | Lynde Deposition Transcript |
| Exhibit | 60. | --- | Douglas Steele Deposition Transcript Vol. 2 |
| Exhibit | 61. | --- | Kyle Prestenback Deposition Transcript |
| Exhibit | 62. | --- | Richard Criado Deposition Transcript |
| Exhibit | 63. | --- | Adam Leonards Deposition Transcript |
| Exhibit | 64. | --- | Patrick Mendiuk Deposition Transcript |
| Exhibit | 65. | --- | Sander Lam Deposition Transcript |

| Exhibit | 66. | --- | Stephen Becker Deposition Transcript |
|---|---|---|---|
| Exhibit | 67. | --- | Michael Jungen Deposition Transcript |
| Exhibit | 68. | --- | Joseph Carino Deposition Transcript |
| Exhibit | 69. | --- | Andy Howard Deposition Transcript |
| Exhibit | 70. | --- | Patrick Shea Deposition Transcript (Carnival 30(b)(6)) |
| Exhibit | 71. | --- | DeCurtis_01474520 |
| Exhibit | 72. | --- | DeCurtis_01633169 |
| Exhibit | 73. | --- | 1-17-17 Carnival email chain_CARNIVAL00730697 |
| Exhibit | 74. | --- | 1-5-17 Carnival Press Release_CARNIVAL00014898 |
| Exhibit | 75. | --- | 2-5-20 Email between NCl and DeCurtis attaching Carnival's 1-29-20 Letter_DeCurtis_01703003-10 |
| Exhibit | 76. | --- | 2-5-20 Email re first review Carnival's 01-29-20 letter_NCL-004571 |
| Exhibit | 77. | --- | 6-29-20 Evercore Study_CARNIVAL00753743 |
| Exhibit | 78. | --- | 8-5-20 Meeting Notes_DeCurtis_01994948 |
| Exhibit | 79. | --- | DeCurtis_01474502 |
| Exhibit | 80. | --- | DeCurtis_01945577-5795 |
| Exhibit | 81. | --- | DeCurtis_01986986 |
| Exhibit | 82. | --- | Master License and Services Agreement_DeCurtis_00172207-2262 |
| Exhibit | 83. | --- | 1-29-20 Letter to NCL_CARNIVAL00124886 |
| Exhibit | 84. | --- | 2-04-20 Letter to Virgin_CARNIVAL00124884 |
| Exhibit | 85. | --- | SeaCoin_JP_CC_00000175 |
| Exhibit | 86. | --- | CARNIVAL00000489 |
| Exhibit | 87. | --- | DeCurtis_01459616 |
| Exhibit | 88. | --- | DeCurtis_00157407 |
| Exhibit | 89. | --- | DeCurtis_00157428 |
| Exhibit | 90. | --- | DeCurtis_02005673 |
| Exhibit | 91. | --- | DeCurtis_00241867 |
| Exhibit | 92. | --- | DeCurtis_00242071 |
| Exhibit | 93. | --- | DeCurtis_00157450 |
| Exhibit | 94. | --- | DeCurtis_00157332 |
| Exhibit | 95. | --- | DeCurtis_00157333 |
| Exhibit | 96. | --- | DeCurtis_00157352 |
| Exhibit | 97. | --- | DeCurtis_00157405 |
| Exhibit | 98. | --- | DeCurtis_00157426 |
| Exhibit | 99. | --- | DeCurtis_01946098-151 |
| Exhibit | 100. | --- | DeCurtis_00242858 |
| Exhibit | 101. | --- | DeCurtis_01474525 |
| Exhibit | 102. | --- | DeCurtis_01489120 |
| Exhibit | 103. | --- | CARNIVAL 00375784-850 |
| Exhibit | 104. | --- | CARNIVAL 00126750-784 |
| Exhibit | 105. | --- | CARNIVAL00126764 |
| Exhibit | 106. | --- | CARNIVAL 00126775 |
| Exhibit | 107. | --- | CARNIVAL 00000384-423 |
| Exhibit | 108. | --- | CARNIVAL00070934 |
| Exhibit | 109. | --- | CARNIVAL00525876 |

| Exhibit | 110. | --- | ASSAABLOY0001125 |
| Exhibit | 111. | --- | 2019 Executive Business Update and July 2019 Company Overview_DeCurtis_01733587 |
| Exhibit | 112 | --- | 6-11-19 Due Diligence Findings_Decurtis_01474520 |
| Exhibit | 113. | --- | April 2014, an email to Mr. Padgett subject line "BLE beacon," (DeCurtis_02005673) |
| Exhibit | 114. | --- | Q4 2020 Disclosure |
| Exhibit | 115. | --- | 12/13/2019 email between NCL and DeCurtis |
| Exhibit | 116. | --- | (2/4/2019 email between NCL and DeCurtis. |

Pursuant to 28 U.S. Code § 1746 (2), I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of May, 2022 in Chicago, Illinois.

/s/ *Andrew C. Nordahl*