# EXHIBIT 4
# TO BE FILED UNDER SEAL

# EXHIBIT 5
# TO BE FILED UNDER SEAL

# EXHIBIT 6
# TO BE FILED UNDER SEAL

# EXHIBIT 7
# TO BE FILED UNDER SEAL

# EXHIBIT 8
# TO BE FILED UNDER SEAL

# EXHIBIT 9
# TO BE FILED UNDER SEAL

# EXHIBIT 10
# TO BE FILED UNDER SEAL

# EXHIBIT 12
# TO BE FILED UNDER SEAL

# EXHIBIT 13
# TO BE FILED UNDER SEAL

# EXHIBIT 14
# TO BE FILED UNDER SEAL

# EXHIBIT 15
# TO BE FILED UNDER SEAL

# EXHIBIT 16
# TO BE FILED UNDER SEAL

# EXHIBIT 17
# TO BE FILED UNDER SEAL

# EXHIBIT 18
# TO BE FILED UNDER SEAL

# EXHIBIT 19
# TO BE FILED UNDER SEAL

# EXHIBIT 20
# TO BE FILED UNDER SEAL

# EXHIBIT 21
# TO BE FILED UNDER SEAL

# EXHIBIT 22
# TO BE FILED UNDER SEAL

# EXHIBIT 23
# TO BE FILED UNDER SEAL

# EXHIBIT 24
# TO BE FILED UNDER SEAL

# EXHIBIT 25
# TO BE FILED UNDER SEAL

# EXHIBIT 26
# TO BE FILED UNDER SEAL

# EXHIBIT 27
# TO BE FILED UNDER SEAL

# EXHIBIT 28
# TO BE FILED UNDER SEAL

# EXHIBIT 29
# TO BE FILED UNDER SEAL

# EXHIBIT 30
# TO BE FILED UNDER SEAL

# EXHIBIT 31
# TO BE FILED UNDER SEAL

# EXHIBIT 32
# TO BE FILED UNDER SEAL

# EXHIBIT 33
# TO BE FILED UNDER SEAL

# EXHIBIT 34
# TO BE FILED UNDER SEAL

# EXHIBIT 35
# TO BE FILED UNDER SEAL

# EXHIBIT 36
# TO BE FILED UNDER SEAL

# EXHIBIT 37
# TO BE FILED UNDER SEAL

# EXHIBIT 40
# TO BE FILED UNDER SEAL

# EXHIBIT 41
# TO BE FILED UNDER SEAL

# EXHIBIT 42
# TO BE FILED UNDER SEAL

# EXHIBIT 43
# TO BE FILED UNDER SEAL

# EXHIBIT 44
# TO BE FILED UNDER SEAL

# EXHIBIT 45
# TO BE FILED UNDER SEAL

# EXHIBIT 46
# TO BE FILED UNDER SEAL

# EXHIBIT 47
# TO BE FILED UNDER SEAL

# EXHIBIT 48
# TO BE FILED UNDER SEAL

# EXHIBIT 49
# TO BE FILED UNDER SEAL

# EXHIBIT 50
# TO BE FILED UNDER SEAL

# EXHIBIT 51
# TO BE FILED UNDER SEAL

# EXHIBIT 52
# TO BE FILED UNDER SEAL

# EXHIBIT 53
# TO BE FILED UNDER SEAL

# EXHIBIT 54
# TO BE FILED UNDER SEAL

# EXHIBIT 55
# TO BE FILED UNDER SEAL

# EXHIBIT 56
# TO BE FILED UNDER SEAL

# EXHIBIT 57
# TO BE FILED UNDER SEAL

# EXHIBIT 58
# TO BE FILED UNDER SEAL

# EXHIBIT 59
# TO BE FILED UNDER SEAL

# EXHIBIT 60
# TO BE FILED UNDER SEAL

# EXHIBIT 61
# TO BE FILED UNDER SEAL

# EXHIBIT 62
# TO BE FILED UNDER SEAL

# EXHIBIT 63
# TO BE FILED UNDER SEAL

# EXHIBIT 64
# TO BE FILED UNDER SEAL

# EXHIBIT 65
# TO BE FILED UNDER SEAL

# EXHIBIT 66
# TO BE FILED UNDER SEAL

# EXHIBIT 67
# TO BE FILED UNDER SEAL

# EXHIBIT 68
# TO BE FILED UNDER SEAL

# EXHIBIT 69
# TO BE FILED UNDER SEAL

# EXHIBIT 70
# TO BE FILED UNDER SEAL

# EXHIBIT 71
# TO BE FILED UNDER SEAL

# EXHIBIT 72
# TO BE FILED UNDER SEAL

# EXHIBIT 73
# TO BE FILED UNDER SEAL

# EXHIBIT 74
# TO BE FILED UNDER SEAL

# EXHIBIT 75
# TO BE FILED UNDER SEAL

# EXHIBIT 76
# TO BE FILED UNDER SEAL

# EXHIBIT 77
# TO BE FILED UNDER SEAL

# EXHIBIT 78
# TO BE FILED UNDER SEAL

# EXHIBIT 79
# TO BE FILED UNDER SEAL

# EXHIBIT 80
# TO BE FILED UNDER SEAL

# EXHIBIT 81
# TO BE FILED UNDER SEAL

# EXHIBIT 82
# TO BE FILED UNDER SEAL

# EXHIBIT 83
# TO BE FILED UNDER SEAL

# EXHIBIT 84

# EXHIBIT 85

# EXHIBIT 86

# EXHIBIT 87

# EXHIBIT 88

# EXHIBIT 89

# EXHIBIT 90

# EXHIBIT 91

# EXHIBIT 92

# EXHIBIT 93

# EXHIBIT 94

# EXHIBIT 95

# EXHIBIT 96

# EXHIBIT 97

# EXHIBIT 98

# EXHIBIT 99

# EXHIBIT 100

# Exhibit 101
# FILED UNDER SEAL

# Exhibit 102
# FILED UNDER SEAL

# Exhibit 103
# FILED UNDER SEAL

# Exhibit 104
# FILED UNDER SEAL

# Exhibit 105
# FILED UNDER SEAL

# Exhibit 106
# FILED UNDER SEAL

# Exhibit 107
# FILED UNDER SEAL

# Exhibit 108
# FILED UNDER SEAL

# Exhibit 109
# FILED UNDER SEAL

# Exhibit 110
# FILED UNDER SEAL

# Exhibit 111
# FILED UNDER SEAL

# Exhibit 112
# FILED UNDER SEAL

# Exhibit 113
# FILED UNDER SEAL

# Exhibit 114
# FILED UNDER SEAL

# Exhibit 115
# FILED UNDER SEAL

# Exhibit 116
# FILED UNDER SEAL

# Exhibit 117
# FILED UNDER SEAL

# Exhibit 118
# FILED UNDER SEAL