# EXHIBIT 11

| | |
|---|---|
| Date: | Tuesday, April 28 2020 03:33 PM |
| Subject: | Scarlet Lady Doors |
| From: | Congdon, Chris (CarnCorp) |
| To: | Clark, Miles (CarnCorp) <MClark@carnival.com>; |
| Attachments: | image001.png |

If you're interested here is the video showing some guys accessing their cabin starting around 2:30:

https://www.youtube.com/watch?v=5snLKPaOhes



They're just using ASSA's old Vingcard Allure product:

https://www.assaabloyglobalsolutions.com/en/products/electronic- locks/vingcard-allure/

It's actually not a bad looking piece of hardware, but it's not a customizable LCD panel, it's just a backlit piece of plastic with precut cabin numbers.

From presentation received from ASSA though it sounds like they have designed their new "Dynamic Content Display" with the idea of easy retrofits of Allure.

Chris

CARNIVAL00125646