**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**

| | |
|---|---|
| DECURTIS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>CARNIVAL CORPORATION,<br><br>*Defendant*. | Case No. 20-22945-CIV-SCOLA/Torres |
| CARNIVAL CORPORATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DECURTIS CORPORATION and DECURTIS LLC,<br><br>*Defendants*. | |

**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS RELATED TO U.S. PATENT NO. 10,049,516**

Pursuant to Federal Rule of Civil Procedure 41(a) & (c), Plaintiff Carnival Corporation ("Carnival") and Defendant DeCurtis Corporation and DeCurtis LLC (collectively, "DeCurtis"), by and through their counsel, jointly stipulate to the dismissal, without prejudice, of all claims and counterclaims related to U.S. Patent No. 10,049,516 ("the '516 Patent") on the terms set forth herein:

1. Carnival's claims directed to the '516 Patent, specifically in the Fifth Claim for Relief of Carnival's Second Amended Complaint filed on October 21, 2020 [D.E. 88], are hereby dismissed without prejudice.

2. DeCurtis's counterclaims directed solely to the '516 Patent, specifically in the Counts Five and Six of DeCurtis's Answer and Counterclaims to Carnival's Second Amended Complaint filed on May 3, 2021 [D.E. 155], are hereby dismissed without prejudice.

3. Any other claims or counterclaims directed solely to the '516 Patent are also hereby dismissed without prejudice.

4. DeCurtis's First Amended Complaint filed on October 21, 2020 [D.E. 87] and Carnival's Answer to DeCurtis's First Amended Complaint filed on May 3, 2021 [D.E. 156] are deemed amended on consent of the parties in accordance with this stipulation.

5. Carnival's Second Amended Complaint filed on October 21, 2020 [D.E. 88], DeCurtis's Answer and Counterclaims to Carnival's Second Amended Complaint filed on May 3, 2021 [D.E. 155], and Carnival's Answer to DeCurtis's Counterclaims filed on March 11, 2022 [D.E. 264] are deemed amended on consent of the parties in accordance with this stipulation.

6. The parties agree that neither party is a prevailing party with respect to the '516 Patent.

7. The parties agree that the remaining patent claims in the case are Claims 1, 3, 11, 12, and 15 of U.S. Patent No. 10,045,184 ("the '184 Patent"). *See* Count Six of DeCurtis's First Amended Complaint filed on October 21, 2020 [D.E. 87]; Fourth Claim for Relief of Carnival's Second Amended Complaint filed on October 21, 2020 [D.E. 88]; Count One of DeCurtis's Answer and Counterclaims to Carnival's Second Amended Complaint filed on May 3, 2021 [D.E. 155]. No other claims of the '184 Patent will be presented at trial or otherwise litigated in this action.

**AGREED AND STIPULATED TO:**
Dated: February 25, 2023

By: */s/ Adam L. Schwartz*

Nicholas Groombridge (*pro hac vice*)
Nick.groombridge@groombridgewu.com
Jennifer H. Wu (*pro hac vice*)
Jennifer.wu@groombridgewu.com
Daniel J. Klein (*pro hac vice*)
Dan.klein@groombridgewu.com
Allison Penfield (*pro hac vice*)
Allison.penfield@groombridgewu.com
Kyle N. Bersani (*pro hac vice*)
Kyle.bersani@groombridgewu.com
**GROOMBRIDGE, WU, BAUGHMAN & STONE LLP**
565 Fifth Avenue, Suite 2900
New York, NY 10017
Tel. (332) 269-0030

Saurabh Gupta (*pro hac vice*)
Saurabh.gupta@groombridgewu.com
**GROOMBRIDGE, WU, BAUGHMAN & STONE LLP**
801 17th Street NW, Suite 1050
Washington, D.C. 20006
Tel. (202) 505-6566

Adam Louis Schwartz
aschwartz@homerbonner.com
Florida Bar No.: 103163
Brian Lechich
blechich@homerbonner.com

By: */s/ Diana Marie Fassbender*

Diana Marie Fassbender
dszego@orrick.com
Florida Bar No. 0017095
Steven J. Routh (*pro hac vice*)
srouth@orrick.com
T. Vann Pearce, Jr. (*pro hac vice*)
vpearce@orrick.com
Eileen M. Cole (*pro hac vice*)
eileen.cole@orrick.com
Emily Luken (*pro hac vice*)
eluken@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Columbia Center, 1152 15th Street, N.W.
Washington, D.C. 20005-1706
Tel. (202) 339-8533

Robert L. Uriarte (*pro hac vice*)
ruriarte@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
1000 Marsh Road
Menlo Park, CA 94025
Tel. (650) 289-7105

Olivia Clements (*pro hac vice*)
oclements@orrrick.com

Florida Bar No.: 84419
Antonio M. Hernandez, Jr., Esq.
Email: ahernandez@homerbonner.com
Florida Bar No.: 117756
**HOMER BONNER JACOBS ORTIZ, P.A.**
1200 Four Seasons Tower
1441 Brickell Avenue
Miami, FL 33131
Tel. (305) 350-5100

Martha A. Leibell
Martha.leibell@morganlewis.com
Florida Bar No. 1106990
**MORGAN LEWIS & BOCKIUS LLP**
600 Brickell Avenue, Suite 1600
Miami, FL 33131
Tel. (305) 415-3000

Julie S. Goldemberg (*pro hac vice*)
Julie.goldemberg@morganlewis.com
**MORGAN LEWIS & sBOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Tel. (215) 963-5095

*Attorneys for DeCurtis LLC & DeCurtis Corporation*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 West 52nd Street
New York, NY 10019-6142
Tel. (212) 506-5000

Johannes Hsu (*pro hac vice*)
johanneshsu@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
Tel. (949) 567-6700

David R. Medina (*pro hac vice*)
dmedina@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
777 South Figueroa Street
Suite 3200
Los Angeles. CA 90017-5855
Tel. (213) 629-2020

Sheryl Garko (*pro hac vice*)
sgarko@orrick.com
Laura Najemy (*pro hac vice*)
lnajemy@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street
Suite 2000
Boston, MA 02116
Tel. (617) 880-1800

Jorge Espinosa
jorge.espinosa@gray-robinson.com
Fla. Bar No. 779032
Robert R. Jimenez
Fla. Bar. No. 72020
robert.jimenez@gray-robinson.com
**GRAYROBINSON, P.A.**
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131
Tel. (305) 416-6880
*Attorneys for Carnival Corporation*

**[PROPOSED] ORDER**

Based on the parties' stipulation, **IT IS SO ORDERED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this ____ day of February 2023.

______________________________

ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE