UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22945-SCOLA

<u>MINUTES FOR CIVIL JURY TRIAL</u>

**DAY 5** – Monday, March 6, 2023

CARNIVAL CORPORATION,

       Plaintiff,

VS.

DeCURTIS CORPORATION,
DeCURTIS LLC.,

       Defendants.

<u>Counsel for Plaintiff</u>: Steve Routh, Laura Najemy, Sheryl Garko, Roberto Uriarte, David Perrott, and Diana Fassbender.
<u>Counsel for Defendants</u>: Nicholas Groombridge, Jennifer Wu, Adam Schwartz, Daniel Klein, and Geri Fischman.

---

COURT REPORTER: Sharon Pell-Velazco

MISCELLANEOUS:
- Jury trial held.
- Plaintiff's witnesses sworn and testified: Douglas Steele, and Erik de la Iglesia.
- Jury trial recessed at 5:50 p.m. and will resume at 9:10 a.m. on Tuesday, March 7, 2023.