UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-22945-SCOLA

**MINUTES FOR CIVIL JURY TRIAL**

**DAY 6** – Tuesday, March 7, 2023

CARNIVAL CORPORATION,

       Plaintiff,

VS.

DeCURTIS CORPORATION,
DeCURTIS LLC.,

       Defendants.

Counsel for Plaintiff: Steve Routh, Laura Najemy, Sheryl Garko, Roberto Uriarte, David Perrott, and Diana Fassbender.
Counsel for Defendants: Nicholas Groombridge, Jennifer Wu, Adam Schwartz, Daniel Klein, and Geri Fischman.

---

COURT REPORTER: Sharon Pell-Velazco

MISCELLANEOUS:
- Jury trial held.
- Plaintiff's witnesses sworn and testified: Erik de la Iglesia, James Learish, and Mary Coleman.
- Plaintiff rested at 5:25 p.m.
- Defendants' witness sworn and testified: Joseph Carino.
- Jury trial recessed at 5:45 p.m.
- Jury trial will resume at 8:15 a.m. on Wednesday, March 8, 2023.