United States District Court
for the
Southern District of Florida

Carnival Corporation, Plaintiff,     )
                                     )
v.                                   )
                                     )   Civil Action No. 20-22945-Civ-Scola
                                     )
DeCurtis Corporation and DeCurtis    )
LLC, Defendants                      )

### Verdict Form

We, the jury in the above-titled action, unanimously find as follows:

**Breach of Contract Questions:**

**Question No. 1**: Has Carnival proven that DeCurtis breached the Master Services Agreement?

__✓__ Yes (for Carnival)         _____ No (for DeCurtis)

*If you answered "yes" to Question 1, please proceed to Question 2. If you answered "no" to Question 1, please skip Question 2 and proceed to Question 3.*

**Question No. 2**: What amount of damages has Carnival proven that would fairly and adequately compensate Carnival for its damages?

$__1,000,000__

**Patent Questions:**

**Question No. 3**: Has Carnival proven that DeCurtis <u>directly</u> infringes any of the following claims?

Claim 1 of the '184 Patent:   __✓__ Yes (for Carnival)   _____ No (for DeCurtis)

Claim 3 of the '184 Patent:   __✓__ Yes (for Carnival)   _____ No (for DeCurtis)

Claim 11 of the '184 Patent:  __✓__ Yes (for Carnival)   _____ No (for DeCurtis)

Claim 12 of the '184 Patent:  __✓__ Yes (for Carnival)   _____ No (for DeCurtis)

Claim 15 of the '184 Patent:  __✓__ Yes (for Carnival)   _____ No (for DeCurtis)

**Question No. 4**: Has Carnival proven that DeCurtis <u>indirectly</u> infringes any of the following claims?

Claim 1 of the '184 Patent: __✓__ Yes (for Carnival) _____ No (for DeCurtis)

Claim 3 of the '184 Patent: __✓__ Yes (for Carnival) _____ No (for DeCurtis)

Claim 11 of the '184 Patent: __✓__ Yes (for Carnival) _____ No (for DeCurtis)

Claim 12 of the '184 Patent: __✓__ Yes (for Carnival) _____ No (for DeCurtis)

Claim 15 of the '184 Patent: __✓__ Yes (for Carnival) _____ No (for DeCurtis)

*If you answered "Yes" to any Claim of Question 3 or 4, please proceed to Question 5. If you answered "No" to all Claims of Question 3 and 4, please skip Question 5 and proceed to Question 6.*

**Question No. 5**: Has Carnival proven that DeCurtis willfully infringed any valid patent claim?

_____ Yes (for Carnival)     __✓__ No (for DeCurtis)

**Question No. 6**: Has DeCurtis proven that any of the following claims are invalid?

Claim 1 of the '184 Patent: _____ Yes (for DeCurtis) __✓__ No (for Carnival)

Claim 3 of the '184 Patent: _____ Yes (for DeCurtis) __✓__ No (for Carnival)

Claim 11 of the '184 Patent: _____ Yes (for DeCurtis) __✓__ No (for Carnival)

Claim 12 of the '184 Patent: _____ Yes (for DeCurtis) __✓__ No (for Carnival)

Claim 15 of the '184 Patent: _____ Yes (for DeCurtis) __✓__ No (for Carnival)

*If you found any one or more patent claims infringed and not invalid, proceed to Question 7. Otherwise, do not answer Question 7. Proceed to the end and have the foreperson sign and date the verdict form.*

**Question 7**: What amount of damages has Carnival proven would more likely than not compensate Carnival for the infringement?

$ 20,000,060.

So say we all,

_____          1
Foreperson's signature            Foreperson's juror number

Dated: March 10, 2023